# COMPOSITE EXHIBIT "A"

**Group member**
November 7 at 9:48 AM

From FREEDOM4PPA:

Dear Parker Plaza Owners,

Our great BoD is scared and scared a lot: **RECALL is coming.** This fear started affecting their mental abilities to distinguish between truth and lies, fiction and facts. Their spokesperson (almost for sure it is NOT the BoD member and most of the owners know that person) does not bother to check BoD (and probably her) own documents. Of course, it is easier to just throw the dirt around and hopefully something will stick.

No choice but to respond AGAIN. Stay assured that every single note will get an answer. Owners should know the real facts and stay strong. The truth MUST prevail!

We have (again) to answer item by item skipping the first (just generic buzz words) part.

*1. The nine (9) Board members were fairly elected by the required majority of the voting members of the condominium in February 2022. There is proof that there was no fraud, regardless of any screams otherwise.....*

Who proved, what and when? The affidavits from several unit owners are now in the court with hearings to start soon. Is the evidence strong? It is up to the court to decide. Until then – let us just stop the guesswork and wait for the court's decision.

*2. The Board has a duty to repair the concrete in the roof regardless of who owns the penthouses. It just happens that the poor condition of the roof affects the penthouses first, but water goes everywhere, and it is affecting more than just the penthouses. Because the roof was allowed to deteriorate over the years, the iron supports in the roof and the walls throughout the condominium are corroded. The corrosion of these metal supports has caused the concrete next to the supports to weaken. This is what happened at Champlain Towers. This potentially disastrous condition was discovered ONLY when Allied peeled back our very old and leaking roof.*

- *Some unit owners are spreading the lie that the board built a temporary roof... and then stopped the job." This is a false fabrication. If anything, based on the recent condition the Board discovered the roof to be in, if any repairs were earlier made to the roof, they were temporary patches. Unfortunately, the evidence of the repairs claimed had been removed from the Condominium's office.*

Again, Champlain Towers? And skillfully put everything upside down. Champlain Towers had issues with the metal supports at the BOTTOM and that caused the building collapse. Our roof is on the TOP of the building if you noticed. No relevance to the Champlain Towers case.

And finally, please read again your "great engineer" letter from 2021 - our building is safe. https://www.parkerplazaestates.org/.../ad56b467190db428da...). Maybe enough of the constant threatening of the residents?

About the roof. The fact is that only the temporary roof was built in May 2022 and all work on the roof was stopped. It is a fact and not a lie. Why it stopped is a good question. Not enough money? Where is the latest reserve $2M, where is the assessment of 2020, which had money for the roof and is still being collected in 2022?

3. If a Board member is recalled, they CAN run for re-election at the next and all future elections.

- Some unit owners are spreading the absolute lie that if a Board member is removed, he or she can never run for re-election or cannot run for five years. This is yet another lie.

Total fiction based on rumors (some unit owners...lol). Who mentioned it in any notes? Can you find anything anywhere? So why to call a rumor a lie? It is just a rumor.

4. Contrary to the lie being disseminated, construction will be in 3 separate phases, which will take several years to complete. The roof will be first; then the West side balconies/concrete restoration; followed by the garage/pool deck.

- Some unit owners are spreading rumors that to unnecessarily burden the members, we will be doing all of the necessary projects at once. Again, this is bogus and yet another attempt to scare our people through lies. And NO, the pool deck will not take 2.5 – 5 years to repair and will NOT be closed for that time period. As discussed at the last ZOOM Board meeting, the pool deck repair can take anywhere from 9-14 months and will likely begin in March/April 2024.

In the new proposal from BENGOA Construction on page 2 the timelines were clearly specified. Poor us! We thought the construction may go in parallel and it can. Money is no longer an issue with the $27.4M LOC/Loan, right? So why extend the "pleasure" of construction? Makes no sense. As far as some numbers:

· You would think BENGOA is a big reputable firm with significant resources. Guess what – nope. A small company with just 18 employees (thank you Google).

· $18M for 18 people – not bad. Their biggest completed project was only $7M (as per the references page). They specialize in waterproofing and how they will perform on balconies repairs is a huge question and probably a huge risk too.

· About $3.2M for General conditions and Mobilization – even "better" (and crazy!). This (and actually even more) is what we pay EXTRA because of CTC left!

· Timeline. BoD threatened the community with a huge assessment to complete ALL projects (external and internal) in 3 years. See the link. (https://www.parkerplazaestates.org/announcements/236). Where did that promise of 3 years go? It's another proof that the BoD threat of huge immediate assessment (if owners don't vote for the loan) was empty and baseless.

- If you add the duration of all 3 phases on page 2 of the proposal it will add up to 224 weeks or over 4 years if all projects go sequentially. Out of them 131 or 2.5 years on phase 3 - pool deck alone! Triple from 9-14 months. It's BoD and BENGOA math as per THEIR document.
- Error in math BENGOA way -- $119,071.63. (Thank you Mr. Gates for Excel). Just add up the numbers in the project and compare with the total.
- Regardless of what was pointed to BoD, EOR and OR in the ZOOM meetings – the new proposal is submitted NOT in the correct itemized format. This lump sum by item format allows to hide anything and everything.

That is called real analysis. By the way, where is the RFP, where are ALL the bids, where are the final loan documents with all conditions? Total darkness.

Take a minute and think: we are paying for the LOC (first part of the new loan) about $4.5M interest in 3 years, then we pay about $3.2M in general conditions and mobilization (who knows what that is ???), loan fees (unknown currently) and the work did not even start. It's about $14,000 per unit! "Great" investment idea of our BoD! And it does not even include any interest which we will pay during the period of the fixed loan!

5. The pool deck MUST be repaired. The pool deck is a critical part of our building structure (and one of the likely reasons that Champlain Towers collapsed).

- Some unit owners are telling people that there is nothing wrong with our garage and pool deck. These owners are NOT engineers. The City of Hallandale building department and our Engineer have reviewed the structure and have agreed that these repairs are necessary for the health and safety of all our members. Do you want to take the word of non-engineers who, if anything goes wrong (G-d forbid), will claim they were just repeating what someone else said or that it was their uneducated opinion? We think not. Lives are at stake.

Here comes again the Champlain Towers threat. Then comes a very strange statement. When did the City of Hallandale with EOR review the pool deck? Where is any document to support that claim with any engineering test results, etc.? Until then – sorry it's a LIE. Nobody EVER expressed and formulated an engineering opinion about the pool deck (including our "great" EOR). So why to bang the drums? As we ALWAYS suggested – check and test before ANY decision to break and "repair". Repair what? What is broken or defective under the pool deck? Maybe something is defective – but in 2022 in the USA there should be tools and engineering resources who can (and should) analyze the structure, conduct any needed tests and ONLY after that produce recommendations about ANY repair or full replacement (BoD's idea).

Dear Neighbors!

Please, for your own benefit, open your eyes and think. The new replacement (thru RECALL) team is just trying to SAVE all of us and SAVE our money. Save from the current BoD and their "team" who can only "bang the drums", write incorrect notes (by other non-members of the BoD) and blame others. Their "results" speak for themselves and the most "IMPROTANT" result – millions of dollars flying out of OUR pockets. Is THAT what you want?

Of course, Parker Plaza should be fixed and maintained properly, that's not even up for discussion. The work can and should be done but without this drama and without huge piles of your hard-earned money. The new team KNOWS how to do it and has actual multi year experience and a proven record.

The new team can promise you significant reduction of monthly payments from each unit, return of the unfair 6-months security deposits and normalization of the Parker Plaza finances. Do not listen to all these unsupported threats from BoD and their spokespeople. We will be better off without all of them. GUARANTEED.

Do not hesitate and do not waste your time. Just contact us and get the RECALL forms signed. This is the ONLY way to save your money and your homes.

**SUPPORT THE RECALL! YOUR MONEY AND YOUR HOME ARE AT STAKE!**

👍 6                                                                                     1 Comment

👍 Like            💬 Comment            ↪ Send



**Simon Sherman**
Admin · January 14

### Who is Ms. Kelly Roiter?

On December 27, 2021, during the Happy Hours celebration, Ms. Kelly Roiter, with a plastic glass in one hand and a bottle of wine in the other hand, introduced herself as Spiritual Leader of Parker Plaza. Who is Ms. Roiter and what is her goal? Is she selfless philanthropist or she manages money of investors who have turned their attention to the Parker Plaza real estate? Judge by yourself.

9/12/2019 and 9/13/2019 Kelly send emails to the Board with requests to accept her candidacy to replace the Vice President, who resigned from the Board at that time. (BTW, the Vice President resigned from the Board because of the harassment orchestrated by Kelly). To promote herself, Kelli wrote that: (i) she is working for the Global Head of Jefferies' Private Capital Group (Investment Banking); (ii) in her position, every of her outside business activity is vetted and approved or not; and (iii) she charges A LOT of money for her services and expertise in *the for profit world*, for exactly the same resources that she offers to the Parker Plaza for free.

For more than two years Kelli Roiter has participated in the Parker Plaza's "outside business activity" using "the same resources", "service and expertise," which she is using in *"the for profit world"*, working for Jefferies' Private Capital Group. This may suggest either (i) she got approval from her employer for doing this and thus, she collects investors' money and gets her interest, or (ii) Kelli's employer is unaware about this "outside business activity" with all the consequences that this entails. Time will come for the truth to come out.

 9

8 Comments   Seen by 97

 Simon Sherman
Admin · October 10

## LETTER TO ASSOCIATION'S COUNCIL

Dear Mr. Marangez, Association's Council.

This is my official notice that the ongoing vote for the loan is in flagrant violation of FL St. 718 and the governing documents of our Association.

Ms. Kelli Roiter - Global Head, Private Capital Group at Jefferies (Investment Banking) - in collusion with the Board are making the members of our Association to vote for getting the $27.4 million loan.

Since the beginning of 2022, Kelli has worked tirelessly to help the Board obtain the loan using *"the same resources"*, *"service and expertise,"* which she is using in *"the for profit world,"* working for Jefferies' Private Capital Group. In turn, the Board, at Kelli's direction, uses a variety of approaches (including legally dubious ones) to make the members of our Association vote for getting the loan.

To justify the need for such a huge loan, the Board fabricated a list of projects that would seem to be necessary for the 50-year certification of our building. To further intimidate members of our Association, the Board increased the size of the required full reserve by more than an order of magnitude ($19.75M) compared to $1.4M recommended by a professional engineering company, etc. Moreover, using the funds of the Association, the Board initiated prosecution of opponents of the loan.

The Board already changed the initial deadline of voting for loan five times in the last three month. The vote is taking place in flagrant violation of FL St. 718 and the governing documents of our Association.

Please keep this email as the official document.

Sincerely,

Simon Sherman, Ph.D.

Professor Emeritus.

 9                                    1 Comment  Seen by 70