

**From:** Parker Plaza pploudspeaker@gmail.com
**Subject:** Owners' Concerns
**Date:** November 30, 2020 at 10:05 PM
**To:** Board 2020 bod@parkerplaza.org, manager@parkerplaza.org

<u>Dear Members of the Parker Plaza Association:</u>

It came to IGOR's attention that many owners and residents are expressing their deep concerns regarding timeframe and money spending on ongoing concrete and stucco restoration project, changing fire doors towers, the necessity of removing and reinstalling many windows, and remodeling of Terrace, Plaza and Billiard Rooms. The owners and residents are also raising their concerns regarding quality of performed work and competence of Board of Directors and Management whose direct duties and responsibilities to control and insure that all projects will be done on schedule and within the planned budget.

IGOR has strong evidence that many hundred thousand dollars were already mismanaged in 2019-2020 FY on poorly controlled repairing of many apartments, including repairing and remodeling of several apartments of members of the Board and their friends on the cost of our Association. One of many examples of poor quality of work performed by CTC is repairing of the same window leak in apartment 1418 for four times. Such an improper and unprofessional performance, carelessness and negligence must be stopped immediately.

It also looks like that our ongoing Assessment will be increased on several millions dollars and the Stucco and Balcony restoration Project will be prolonged on more than one year. It follows from the most recent Amicon's weekly report: "*Many Windows will require to be removing and reinstalling to perform the repairs. Spring loaded dust walls will be installed inside those units, as well as sheets plywood form the outside to seal opening. These repairs require a window specialist contractor, as they are too technical to be done by CTC…*"

Below, IGOR is sharing posts of concerned owners, published in the Parker Plaza Owners Facebook regarding performance of AMICON (our Owner Rep, OR), M2E (our Engineer on Record, EOR), CTC (out General Contractor), our Board and Management.

<u>**Egor Rostashvili**</u>
Hi, my name is Egor from 1715, I have strong complain for board regarding price fixing plaza room, spa and billiard room. It is ridiculous. Price is unjustified and for schmoks. Dear board, please don't forget, we, the tenants, are paying from our pockets for this mess. Yes mess,!! you should have think about us, the tenants, that we were using those rooms to enjoy lives in this most expensive building, so far, in area that we pay for. You should order to fix one first before braking other. I did not vote for you and i think you guys should prove to me and others like me that you care for building not your interests. I sow you were very active to get votes and now i dont see same enthusiasm.
Also, i see CTC workers are working too slow. I see they enjoy fresh air and stretch joyable work day. Please, have explanation for those ridiculous prices for those rooms ready in zoom meeting. I don't understand how board could be picked if they do not live in this building ??? But those who do live here, do nothing good for us. This is called anarchy. I am very frustrated because i don't see any good changes since i left Plaza. You should understand my frustration. Thank You

**Simon Sherman**
…Removing and reinstalling many windows will increase our ongoing Assessment on several millions dollars and extend the ongoing project on more than one year. The repairing windows are outside of the scope of the stucco and balcony restoration project. Moreover, "these repairs require a window specialist contractor, as they are too technical to be done by CTC." Therefore, on the <u>Open Forum, Tuesday, December 1st Via Zoom, we need request the Board to stop monetary and timely extension of the main project</u>. "Do not trouble trouble…" Repairing should be done only for windows that leak. Other windows should be not touched. Anyway, this repairing is outside of the contract with CTC. We need to request M2E, CTC and Amicon to finish their work on the main project as it is stated in our contract.

**Pepe Espinel**
The "window repair project" is yet another invention of those who are always looking for ways to milk us more money. I refuse to pay for anything outside of the initial project to rebuild the building, such as changing the exterior bricks of the fire escape from their vertical position to a horizontal position; and this one of the windows. People of Parker Plaza, it has already been too much: we must rise up against the arbitrariness of this Board!

**Alla Shlyapochnik**
absolutely agree, since my windows was installed they never leaked. Only windows that have problems need to be repaired.

**Walt Demine**
They will never stop squeezing money from the owners. Consider choosing another representative.

**Bertica Robinson**
…my windows have never leaked. This project is totally getting out of control!

**Faina Perelman**
CTC is the worst contraction company in Florida. The work was sabotaged from the beginning, when they cut and remove all plaster from columns. They should of re-plaster and prime them right away. Instead they left them unattended for such a long time ( 2 years) and now cinder blocks absorb the moisture from the ocean. It will happened to new concrete and plaster because it should be primed. Why don't you take a look at a new building next door? They already primed all new balconies. It is very critical to do that because it is ocean side.
The construction Company should follow all the specifications!!! Instead they only look to get more money.
Everybody is looking for excuses and blaming each other and not doing anything. If they remove the column it will take another 5 years to re-build them.

**Alla Shlyapochnik**
We have to stop this! Building codes different today, but this is not new project, we just do restoration. This is the same when several balconies was destroyed

**Simon Sherman**

### Simon Sherman

AMICON and M2E continuously fail to provide us with a task list, working calendar and involved manpower. We, ordinary members of our Association, do not know percentage of the project accomplished, manual labor involved in any given task, as well as the milestones and timeline of any given project. Moreover, M2E and CTC continuously discover additional work to be done. Right now, M2E and CTC have implemented more than 40 changes of orders that additionally cost us many hundred thousand of dollars. Given that the CTC did not provide us with Bonds, we became hostages of M2E and CTC, which *de facto* are interested in increasing the volume of work. It looks to me that AMICON (our OR) does not adequately protect us and we are just wasting our money on their poor service.

### Raquel Dolores Cabrera

There is terrible situation, they said it fixed and the following week we got the same that happen with elevator, shuttle garbage more and more. There is unacceptable the way that board and management company is working on.

### Walt Demine

...this community Facebook group has been becoming a tribune for frustrated complaining Parker Plaza owners.

I hope the board of directors and those who voted for them will join this group and defend their decisions and actions. This would mitigate the feelings, cheer up the common mood and give some hope in brighter future of our community.

The unknown scares and discourages.

Board, please step in and start talking to people.

Sincerely,
IGOR – Initiative Group of Owners and Residents