EXHIBIT "C"

**From:** Parker Plaza pploudspeaker@gmail.com
**Subject:** Project 3: Restitution of the Operation Funds Deficit.
**Date:** July 18, 2020 at 10:32 AM
**To:** bod@parkerplaza.org



## DEAR BOARD
## DEAR MEMBERS OF OUR ASSOCIATION

Our Initiative Group of Owners and Residents, IGOR, is organized to help our Board and members of our Association to overcome ongoing financial irregularities. The first IGOR project (**Project 1: Property Tax Reduction**) should decrease property taxes for qualified owners. A pending resolution of the second project **(Project 2**: **Abolishing Collection of the 2-quarter Maintenance Deposit for Newly Bought Apartments)** is expected to return circa $800,000 from the unused Escrow Account to more than 120 Parker Plaza condo owners who purchased their apartments in the last five years. More importantly, the completion of Project 2 will increase the selling price of **EACH APARTMENT** in our Building, on overage of $5,000/condo.

To continue our focus in the pursuit of fiscal responsibility, IGOR is proposing a new project - **Project 3: Restitution of the Operation Funds Deficit**. The main motivation of this project is driven by the latest financial report where the Board revealed that the current Operating Budget of our association is at a deficit of ~ $540,000 and growing more negative day by day. To address the deficit, the Board will increase the maintenance fees on **EVERY Unit** in Parker Plaza. The increase in maintenance cost per unit could be worth $1,000/year and once the cost is increased, it never goes back.

The problem with the association's finances can not be ignored. In fact, more than several dozen of our neighbors are feeling the stress and anxiety that comes with increased assessments and maintenance fees. Furthermore, with the current economic struggle we **ALL** face with COVID, many of our members are out of work and struggle to stay above water. In some cases any additional increase in maintenance fees will put several more of our members in danger of losing their property.

The Domino effect – Default on payments will lie on the shoulders of those who are still regularly paying their assessments and maintenance, therefore, paving the way for other members of our association to default and lose their properties. With that said, **ALL members** of our association will suffer from any existing and future business irregularities.

A mismanagement of operation funds is a common problem in many condominiums. A general recommendation for solving such problems is described in [1] (see https://newenglandcondo.com/article/facing-financial-mismanagement/full ).  According to [1], if the budget deficit is caused by bookkeeping mistakes or financial negligence, it needs to be caught before they spiral out of control; if willful mismanagement or misappropriation of funds led to the budget deficit, it is in the best interest of the association to root it out by using

forensic accounting. If a proof of such mismanagement is obtained, [1] recommends to go after insurances of officials responsible for willful mismanagement and/or misappropriation of funds.

To execute Project 3, IGOR began collecting voluntary donations for hiring a professional company to perform a deep dive audit into our association's budget. The cost of the engagement is $7,500. With the help of GOFUNDME and cash payments, IGOR has already collected $3,100 from some Parker Plaza association members. Now, IGOR is asking **ALL members** of our distinguished association to donate (whatever each donor will choose) to get the remaining $4,400 needed to fund the initiative. In case of success, the operation funds deficit could be fully or significantly recompensed and, thus, there will be no need of increasing maintenance fees for **EACH APARTMENT** in our Building.

**Dear Owners**, by donating a relatively small amount of money **you can save many thousands of dollars that you would wast in near feature on the upcoming, poorly justified, increase of Maintenance Fees.**  Please make your donations by following the instructions below.

**Instruction**
1. Click on the link
2. https://gf.me/u/yf4q4z [gf.me]
3. Choose "**DONATE**" or "**DONATE NOW**" and put 200 or whatever amount of money you choose.
4. Look below on the little window "**TIP GOFUNDME SERVICES**." It shows 10% as the default  number.  Change on **OTHER** und put "**0**". In this case the program will not charge you any TIPs.
5. Click "CONTINUE"
6. It will show you "**PAYMENT METHOD**". Fill Out the requested information.
7. (IF YOU WOULD LIKE TO KEEP YOUR DONATION ANONYMOUS, YOU CAN DO IT BY CHECKING THE LITTLE SQUARE AFTER             DONATION DETAILS (OPTIONAL)
8. Click green button "**DONATE NOW**".
9. You did it. Thank You Very Much!

IGOR wishes **ALL owners** of Parker Plaza good health and great weekend!

**Disclaimer**: *IGOR is a group of owners, which is not directly associated with the Board and is not representing the entire Association. Nevertheless IGOR is very glad to share limited knowledge and personal opinion of its members regarding the subject of interest with the entire Board and with members of our Association. While IGOR opinion cannot be 100% accurate, IGOR believes that its achievements, while working on its projects, will help the Board and the ordinary members of our association to overcome current financial difficulties.*