**PageVault**

# EXHIBIT "D"

| | |
|---|---|
| Document title: | Fundraiser by Simon Sherman : FUND PROJECT 3 |
| Capture URL: | https://www.gofundme.com/f/Project-3?utm_source=customer&utm_campaign=m_pd+share-sheet&utm_medium=copy_link-tip |
| Page loaded at (UTC): | Mon, 22 Aug 2022 18:49:40 GMT |
| Capture timestamp (UTC): | Mon, 22 Aug 2022 18:50:18 GMT |
| Capture tool: | 10.8.9 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.141 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.13.0) |
| PDF length: | 3 |
| Capture ID: | fdavRUc5pn4avhgXgGVw5c |
| User: | fowler-dtobin |

PDF REFERENCE #:     rmFktr9xAtBurde5yEMuUt

 Search  How it works  Start a GoFundMe  gofundme  Sign in  Share  Donate

# FUND PROJECT 3



Simon Sherman is organizing this fundraiser.

**IGOR** - Initiative Group of Owners and Residents - is helping members of our Association to overcome ongoing financial turbulences. You reached this site because you are supporting IGOR's **Project 3: Restitution of the Operation Funds Deficit**. **42** members of our Associations are already donated their money. In addition to GoFundMe, IGOR collected **$3,275** in cash. So far, we collected **$7,275**. Thus, to achieve our goal we need to collect additional **$2,725**. Please donate $100, $150, **$200**, or any other amount of money for paying a thorough analysis of the association's finances to be performed in the Project 3. **IGOR appreciates your generosity.**

"The only thing necessary for the triumph of evil is for good men to do nothing." (Edmund Burke)

Donate    Share



$4,000 raised of $10,000 goal
22 donations

Share

Donate now

Anonymous  $50  •  21 mos
Anonymous  $200  •  21 mos
Anonymous  $200  •  21 mos
Anonymous  $200  •  23 mos
Anonymous  $200  •  23 mos

See all    See top donations

## Organizer


**Simon Sherman**
Organizer
Hallandale Beach, FL

Contact

Created July 4, 2020  •  Community

Report fundraiser



## Organizer

**Simon Sherman**
Organizer
Hallandale Beach, FL

Contact

Created July 4, 2020  •  Community

Report fundraiser


**#1 fundraising platform**
More people start fundraisers on GoFundMe than on any other platform.
Learn how GoFundMe works.


**GoFundMe protects your donation**
We guarantee you a full refund for up to a year in the rare case that fraud occurs.
See our GoFundMe Giving Guarantee.


**Expert advice**
Contact us with your questions and we'll answer, day or night.
Get expert advice. Visit our Help Center.

