From: **Parker Plaza** pploudspeaker@gmail.com
Subject: Owners' Concerns
Date: November 30, 2020 at 10:05 PM
To: Board 2020 bod@parkerplaza.org, manager@parkerplaza.org



## Dear Members of the Parker Plaza Association:

It came to IGOR's attention that many owners and residents are expressing their deep concerns regarding timeframe and money spending on ongoing concrete and stucco restoration project, changing fire doors towers, the necessity of removing and reinstalling many windows, and remodeling of Terrace, Plaza and Billiard Rooms. The owners and residents are also raising their concerns regarding quality of performed work and competence of Board of Directors and Management whose direct duties and responsibilities to control and insure that all projects will be done on schedule and within the planned budget.

IGOR has strong evidence that many hundred thousand dollars were already mismanaged in 2019-2020 FY on poorly controlled repairing of many apartments, including repairing and remodeling of several apartments of members of the Board and their friends on the cost of our Association. One of many examples of poor quality of work performed by CTC is repairing of the same window leak in apartment 1418 for four times. Such an improper and unprofessional performance, carelessness and negligence must be stopped immediately.

It also looks like that our ongoing Assessment will be increased on several millions dollars and the Stucco and Balcony restoration Project will be prolonged on more than one year. It follows from the most recent Amicon's weekly report: "*Many Windows will require to be removing and reinstalling to perform the repairs. Spring loaded dust walls will be installed inside those units, as well as sheets plywood form the outside to seal opening. These repairs require a window specialist contractor, as they are too technical to be done by CTC…*"

Below, IGOR is sharing posts of concerned owners, published in the Parker Plaza Owners Facebook regarding performance of AMICON (our Owner Rep, OR), M2E (our Engineer on Record, EOR), CTC (out General Contractor), our Board and Management.

### Egor Rostashvili

Hi, my name is Egor from 1715, I have strong complain for board regarding price fixing plaza room, spa and billiard room. It is ridiculous. Price is unjustified and for schmoks. Dear board, please don't forget, we, the tenants, are paying from our pockets for this mess. Yes mess,!! you should have think about us, the tenants, that we were using those rooms to enjoy lives in this most expensive building, so far, in area that we pay for. You should order to fix one first before braking other. I did not vote for you and i think you guys should prove to me and others like me that you care for building not your interests. I sow you were very active to get votes and now i dont see same enthusiasm.
Also, i see CTC workers are working too slow. I see they enjoy fresh air and stretch joyable work day. Please, have explanation for those ridiculous prices for those rooms ready in zoom meeting. I don't understand how board could be picked if they do not live in this building ??? But those who do live here, do nothing good for us. This is called anarchy. I am very frustrated because i don't see any good changes since i left Plaza. You should understand my frustration. Thank You

**Simon Sherman**

…Removing and reinstalling many windows will increase our ongoing Assessment on several millions dollars and extend the ongoing project on more than one year. The repairing windows are outside of the scope of the stucco and balcony restoration project. Moreover, "these repairs require a window specialist contractor, as they are too technical to be done by CTC." Therefore, on the <u>Open Forum, Tuesday, December 1st Via Zoom, we need request the Board to stop monetary and timely extension of the main project</u>. "Do not trouble trouble…" Repairing should be done only for windows that leak. Other windows should be not touched. Anyway, this repairing is outside of the contract with CTC. We need to request M2E, CTC and Amicon to finish their work on the main project as it is stated in our contract.

**Pepe Espinel**

The "window repair project" is yet another invention of those who are always looking for ways to milk us more money. I refuse to pay for anything outside of the initial project to rebuild the building, such as changing the exterior bricks of the fire escape from their vertical position to a horizontal position; and this one of the windows. People of Parker Plaza, it has already been too much: we must rise up against the arbitrariness of this Board!

**Alla Shlyapochnik**

absolutely agree, since my windows was installed they never leaked. Only windows that have problems need to be repaired.

**Walt Demine**

They will never stop squeezing money from the owners. Consider choosing another representative.

**Bertica Robinson**

…my windows have never leaked. This project is totally getting out of control!

**Faina Perelman**

CTC is the worst contraction company in Florida. The work was sabotaged from the beginning, when they cut and remove all plaster from columns. They should of re-plaster and prime them right away. Instead they left them unattended for such a long time ( 2 years) and now cinder blocks absorb the moisture from the ocean. It will happened to new concrete and plaster because it should be primed. Why don't you take a look at a new building next door? They already primed all new balconies. It is very critical to do that because it is ocean side.
The construction Company should follow all the specifications!!! Instead they only look to get more money.
Everybody is looking for excuses and blaming each other and not doing anything. If they remove the column it will take another 5 years to re-build them.

**Alla Shlyapochnik**

We have to stop this! Building codes different today, but this is not new project, we just do restoration. This is the same when several balconies was destroyed

Simon Sherman

**Simon Sherman**

AMICON and M2E continuously fail to provide us with a task list, working calendar and involved manpower. We, ordinary members of our Association, do not know percentage of the project accomplished, manual labor involved in any given task, as well as the milestones and timeline of any given project. Moreover, M2E and CTC continuously discover additional work to be done. Right now, M2E and CTC have implemented more than 40 changes of orders that additionally cost us many hundred thousand of dollars. Given that the CTC did not provide us with Bonds, we became hostages of M2E and CTC, which *de facto* are interested in increasing the volume of work. It looks to me that AMICON (our OR) does not adequately protect us and we are just wasting our money on their poor service.

**Raquel Dolores Cabrera**

There is terrible situation, they said it fixed and the following week we got the same that happen with elevator, shuttle garbage more and more. There is unacceptable the way that board and management company is working on.

**Walt Demine**

...this community Facebook group has been becoming a tribune for frustrated complaining Parker Plaza owners.

I hope the board of directors and those who voted for them will join this group and defend their decisions and actions. This would mitigate the feelings, cheer up the common mood and give some hope in brighter future of our community.

The unknown scares and discourages.

Board, please step in and start talking to people.

Sincerely,

IGOR – Initiative Group of Owners and Residents

**From:** **Egor** tbili@verizon.net
**Subject:** Tenants concern
**Date:** December 8, 2020 at 1:41 PM
**To:** bod@parkerplaza.org



Hello board, i trust leaders of board but something strange is going on behind your backs. Please pay attention to this group (igor), i know you get annoyed by this group, by the way, im member of it, but i would suggest to  reed this anyway please.        **Dear members of our Association**
Our Initiative Group of Owners and Residents (IGOR) is extremely concerned regarding the growing number of possible corruption activities of distinct members of our Board.
Below IGOR presents some of red flags of possible corruption [1], as well as names and position of the members of the Board, who have played an instrumental role in the appearance of these flags.

1.  Luck of business transparency, luck of Treasurer reports, violations of our Bylaws, violation of Florida Statutes 718, huge (exceeding a million dollar) mismanagement of the operational budget, paying hundred of thousand dollars to Vendors without contracts, and/or without required permits, and/or without required licenses, and/or without appropriate insurances (Mr. **Robert Oppenheimer**, Treasurer of the Board; and Mr. **Rafael Collazo**, President of the Board; Mr. **Michael Fagan**, Director of the Board).
2.  Changing Landscaping Vendor (Mr. **Michael Fagan**, Director of the Board; and Mr. **Rafael Collazo**, President of the Board).
3.  Changing Valet Parking Company (Mr. **Michael Fagan**, Director of the Board; and Mr. **Rafael Collazo**, President of the Board).
4.  Changing Security Company (Mr. **Michael Fagan**, Director of the Board;and Mr. **Rafael Collazo**, President of the Board).
5.  Changing Housekeeping Vendor (Mr. **Michael Fagan**, Director of the Board; and Mr. **Rafael Collazo**, President of the Board).
6.  Selecting and Changing Fire Door Vendor(s) (Mr. **Jeff Leibovitz** , Director of the Board; and Mr. **Rafael Collazo**, President of the Board).

References:
1.  *guide-to-HOA-Community-and-Condo-Association-Financial-Red-Flags.pdf* ; https://www.comsource.com/Guide-to-HOA-Community-and..., )

Sincerely,

IGOR – Initiative Group of Owner and Residents
Sent from my iPhone

**From:** Parker Plaza <pploudspeaker@gmail.com>
**Date:** February 2, 2021 at 7:27:01 PM EST
**To:** undisclosed-recipients:;
**Subject: Public Parker Plaza Estates Financial Forum**

**Dear Parker Plaza Members**
Yesterday's forum was hosted by FirstService Residential and Gerstle, Rosen, & Goldenberg, P.A., (GRG) Certified Public
Accountants. Forty-six (46) people participated, including 4 people from FirstService Residential, 1 person from GRG, 9 members of
our Board, and 32 ordinary owners of our association.
Mr. Mark Gerstle (GRG, Certified Public Accountants) presented a brief (preliminary) audited report about the state of our budget for
2020 FY (Fiscal Year that started October 1, 2019 and ended September 30, 2020). Mr. Gerstle stated that in 2020FY:

- Our equity deficit increased from $4M to $4.6.
- Our cash flow decreased from $800K to $170K.
- Over $750K were spent on internal walls repairing (read*: apartment repairing*) and other repairings,unplanned in our
  budget.
-  Our association is looking for additional special assessment to cover nearly or more than *$1.4M* additional deficit of our
  operational funds.
- In the second half of the Forum, FirstService Residential presented a budget report for December of 2020. The report
  suggests that from October 1 to December 30, 2020, our operational deficit increased on additional $140K.

In sum, the Forum clearly showed that financial situation of our association is exponentially deteriorating. The substitution of AKAM
by FirstService Residential did not change anything. It clearly suggests that our Board (not a management company) is responsible
for mismanagement of our budget.
The questions to be asked:

- How and why, just in one year, our President (Mr. Rafael Collazo) and our Treasurer (Mr. Robert Oppenheimer) could
  mismanage our operation and spatial assessment budgets on more than $1.4M?
- Why did the Board not prioritize repairing the balconies and stucco to be first?
- How and why did Mr. Rafael Collazo and Michael Fagan organize and authorized a production line of repairing a great
  number of apartments unlawfully using our operation and assessment budgets? How and why did they involve many
  vendors and our maintenance personnel in that illicit scheme of pumping our money, without approval of the Board, without
  contracts, and without permits?
- Why did Mr. Collazo and Mr. Fagan demolish Terrace, Plaza and Billiard Rooms without approval of the Board? How and
  why did they already wasted more than $100K on remodeling these rooms without city permits?
- Why did Mr. Collazo, Mr. Oppenheimer and Mr. Fagan created prerequisites for constant raising maintenance fees and
  assessments?
- Why are they continuously creating more and more financial difficulties for owners?
- Do they do it purposely? If yes, what is their goal?

**We (owners) have to prevent Mr. Collazo, Mr. Oppenheimer, and Mr. Fagan from being elected to the new Board. Otherwise,
many millions of our dollars will be uselessly wasted on additional Special Assessments and Maintenance Fees**.

Sincerely,
IGOR - Initiative Group of Parker Plaza Residents and Owners

**From:** Parker Plaza <pploudspeaker@gmail.com>
**Date:** March 23, 2021 at 10:50:01 AM EDT
**Subject: Financial Irregularities and Regulatory Violations**

<u>**Dear Friends and Neighbors**</u>

In July of 2020, our Initiative Group of Owners and Residents (IGOR) hired the South Florida Property Owners Consulting (SFPOC) LLC, employs of which are retired career law enforcement officers specializing in economic crimes. On our behalf, SFPOC has performed (i) Records Retrieval; and (ii) In-depth Accounting Review of our financial statements. The list of official documents requested by SFPOC to perform an analysis of regulatory violations and financial statements was obtained. The list of absent documents was identified.

Based on the received documents and bank statements, the auditors conducted an in-depth Accounting Review of our financial statements. They determined that our equity deficit had increased from $4M to $4.6 and that our cash flow had decreased from $800K to $170K. They found that for repairing more than 70 apartments, over $658K was spent and these expenses were unplanned in our budget. Nearly $130K was spent on garage lightening and nearly $120K was spent on Terrace, Plaza and Billiard Rooms renovations. Therefore, it was identified that, in total, more than $908K were spent on the unbudgeted projects. It was found that significant part of these expenses was paid from the 2020 Assessment budget that is unlawful and can be an object of criminal liability. Auditors concluded that the FY20 Total Budgeted amount under Special Project is incorrect. They also determined that a legality of several Budget Revenue changes is questionable.

A deeper digging of the Association's financial irregularities requires a legal intervention.  For instance, absence of the following documents limited the ability of our auditors to identify other possible financial irregularities and regulatory violations:

1.  Financial Statements for February and October of 2019 are missing. Financial Statements for January, March, June, and July of 2020 are missing.
2.  Many bank statements in 2019 and 2020 are missing.
3.  $526,122 (including $328,785 paid from the Budget of the Special Assessment created in 2017) was paid to our Attorney's company in 2019FY. However, our Attorney has prohibited the submitting invoices and checks paid to his company, referring to the Attorney/Client privileges.
4.  Documentation (journal entry/reconciliation) regarding the write off of $582,434 in June of 2018 was not provided.
5.  A copy of the records for $610,000 that was temporarily transferred back and forth between the Association Accounts was not presented and the purpose of the transfer was not explained.
6.  Documentation showing transfer/withdrawal or use of $975,000 in the land/facilities category which appeared on the September 2019 Balance Sheet but did not appear in

FY2020 was not provided.

7.  Documentation on the $700,000 surplus (shown in Assoc in-house docs) but noted by auditors of financial records for 2019FY that there was no such surplus in the audited statements was not presented and documents on where or what happened to that money were not provided.

A list of contractors that have performed their work in our Building without City Permits, and/or without contracts, and/or without appropriate licenses, and/or without insurances/bonds, as well as without bids from competitors (so their prices can be significantly inflated) are determined. It was discovered that the ongoing renovation (including material alteration) of the Common Areas (Terrace, Plaza and Billiard Rooms, Lobby, Garage, etc.) have been performed without bids from the competitors, without the required Building Permits and without approval by the entire Board and the members of our Association. List of apartments, which were repaired without approval of the Board, was also determined. The invoices and copies of checks paid by our Associations to individuals were obtained. The range of persons of interest, including distinct employees of the previous and current Management companies (AKAM and FSR) and members of the Board, as well as the list of vendors that should be held accountable for the inappropriate use of our funds was determined.

**Future Direction**. On our request, using the identified financial and regulatory violations, FSPOC will create a completed file of the case and will help us hire an experienced lawyer specializing in enforcing the Florida laws. The availability of the vast majority of the required documents and results of the performed audit of the Association's financial statements, as well as the identified range of vendors and persons of interest, will greatly speed up the creation of a legal case and significantly reduce our legal cost.

**Budget Report.** So far, 40 members of our Association donated **$7,276.** The donations are ranged from **$75** to **$400**. From the donated money, **$6,480.85** was paid for the SFPOC services, **$122.6** for the GoFundMe service, and **$48** for the Bank Service. **$624.55** is left on our account. We will need to pay **$0.25** for each page of ALL documents collected by SFPOC.

Kind regards,
IGOR – Initiative Group of Owner and Residents.

_____

**Disclaimer**: *IGOR is a group of owners, which is not directly associated with the Board and is not representing the entire Association. IGOR shares limited knowledge and opinion of its members regarding the subject of interest with the entire Board and with members of our Association. IGOR opinion cannot be 100% accurate. If, for any reason, you do not wish to receive future IGOR's emails, or if you are not a member of the Parker Plaza Association, please send us a request to unsubscribe you from our email list*. The information in this email may be privileged and confidential, intended only for the use of the addressee(s) above. Any unauthorized use or disclosure of this information is prohibited. If you have received this email by mistake, please delete it and immediately contact the sender.