# COMPOSITE EXHIBIT "G"

Begin forwarded message:

**From:** Parker Plaza <pploudspeaker@gmail.com>
**Date:** August 13, 2021 at 12:31:27 PM EDT
**Subject: Notes from the open meeting**

### Notes from the open meeting of concerned owners

The latest open meeting of concern owners took place August 11, 2021, at 7PM in the lobby of our building. The main intents of such owners' meetings are informational and educational. The main goal of these meetings - successfully (in short period of time with optimal expenses) renovate our home and provide maximum benefits to our residents. These meetings are open to all residents. For instance, two Board members (Mr. Collazo and Mr. Leiva), as well as our manager (Mr. Zemnovich) also participated in the latest meeting.

The meeting should provide available truthful information, based on public records, our office records, and other available sources. The meeting should help: (i) our residents to better understand the existing problems; and (ii) our board to become fully transparent with owners, follow our By-laws, build better relationship with management, and owners.

At the latest meeting the participants were informed that currently five apartments of the Board members are on sale, and one apartment is already sold. Two members of the Board are recently resigned from the Board. The Secretary of the Board received three city code violations including one civil violation. The Vice-President and another Director of the Board received two and one code violations, correspondingly. Participants of the meeting concluded that such a behavior of incompliance with the city code regulations is disgraceful and incompatible with Florida Statutes, our By-laws, Code of Ethics and requires immediate resignation from the Board: violators cannot enforce association Rules and Regulations.

The participants raised question whether the Board members used contractors, hired by Association, and/or our maintenance personnel to perform general construction, plumbing, electrical, and other work in their apartments. The participants were informed that Florida Statues have provisions of civil and criminal charges for members of the Board who use Association resources for personal gain. The Florida Statues prohibit the maintenance personnel to perform work in residential apartments and that maintenance personnel are obligated to maintain and improve association common elements, maintain structural elements in the good condition to prevent the Surfside-like tragedy. Finally, Florida Statues allows members of Association to sue distinct members of the Board for breach of their fiduciary duties.

The meeting informed that during the last two years our Board allowed to additionally spend more than $4,000,000.00 on the (questionable) change orders, requested by CTC. Please note, according to the original contract, the CTC should get $5,100,000.00 for the whole stucco restoration and balcony repairing project, but now it will cost us more than $9,100,000.00 to be paid just for the CTC work. In addition to this, any extension of the work will cost us additional $55,000,00 per month to be paid to the Engineer on Record and to the Owner Rep. Moreover, Board allowed unlawful spending of more than $900,000.00 of our budget on renovation of residential apartments (including

spending of more than $900,000.00 of our budget on renovation of residential apartments (including apartments of the board members). The owners were informed that our fire doors installation project completely failed for unknown to owners' reason, and board wasted again thousands and thousands of owner's moneys. Altogether, it caused a huge special assessment deficit, major project delay (due to lack of funds) and soon, it will cause unnecessary and unexpected additional special assessments.

The meeting participants challenged performance of the Owner Representative (currently, Collier International). Collier should represent the best interest of our Association. However, the constant violations of timeframe of implementing the main project (balconies concrete restoration and stucco repair), total acceptance of multiple (now 131 or more) changes of order (suggested by our main contractor, CTC), generating additional projects that largely benefit Collier and CTC, make questionable the necessity of further use of this company.

The owners were informed that our management company (FSR) has initiated an additional short fall of our operating budget by making a huge increase of cost of its service. This increase was done without official approval of the Board. The participants stated that the performance of the FSR has become extremely expensive and very unsatisfactory.

The participants of the meeting noted that Mr. Collazo (the President of the current and two preceding Boards) runs our Association as his own business on the money of our Association, and that the current management company (FSR) and Mr. Zemnovich (the property manager) are unable to properly manage and maintain association.

The participants of the meeting were informed that in situations where the management company and the Board cannot properly conduct association business, the owners can file a petition to the court for an injunction and for appointing a receiver (a neutral person who would temporarily carry out the association business). The receiver will perform functions of both the Board and the property manager. The difference would be that the receiver is a court-appointed professional who is obligated to report to the judge on ongoing progress. The cost of the receiver service is very high, but, in a long term, it could save a lot of money and time. The participants decided to continue discussing this posibility on the open meetings to be advertised on the Parker Plaza Owners Facebook and by emails.

IGOR - Initiative Group of Owners and Residents

Begin forwarded message:

**From:** Parker Plaza <pploudspeaker@gmail.com>
**Date:** August 23, 2021 at 7:34:08 AM EDT
**To:** Undisclosed recipients:;
**Subject: STOP CREATING NEW PROJECTS UNTIL THE CURRENT PROJECT IS COMPLETED!**

**Dear Neighbors and Friends**,

On Tuesday, August 24th our Board, and our Management company (FSR) are organizing the Town Hall Meeting. Agenda of that meeting states that the Owner's Representative/Project Manager, Colliers International, will tell us what needs to be done to get the 50-Years Recertification of our building. However, it is unclear how and why (without any approval by the Board) Colliers became involved in the work associated with the 50-Year Recertification of our building. Colliers and our contractor (CTC) supposed to concentrate on finishing the ongoing Concreate Restoration Project. Instead of this, Colliers and CTC are essentially initiating new, very expensive projects that will require additional special assessments.

There is no doubt that our building will need to go through 50 Years recertification process, but it needs to be done smart, with multiple bids from independent engineers and contractors. The involvement of Colliers and the CTC will create a conflict of interest and will lead to sharp cost overruns and further delays in the implementation of the Concreate Restoration Project.

Note, a half year ago, the Board fired previous owner representative (AMICON) and hired new owner representative (Colliers) to help our Association to finish the Concreate Restoration Project. However, Colliers totally failed to properly perform their duties and their participation in the Concreate Restoration Project became counterproductive (even worth than AMICON). Now, instead of focusing on the Concreate Restoration Project, Colliers, with support of our management company (FSR) and Board, has begun working on other self-benefiting multimillions projects, such as garage repair, 50 years recertification, SLS, etc. These projects go far beyond the main project (Balconies Concreate Restoration).

Now, instead of representing our (owners') interest, Colliers represents interest of CTC. So, for instance, to demonstrate the need to expand the use of CTC, Colliers begun to intimidate us (owners) with the Surfside tragedy. So, on August 7, to demonstrate that our building is in a critical condition, CTC (obviously with blessing of Collier) installed 42 additional shoring in the garage area (see Picture below). Three days later, CTC have removed the most of these shoring. It is not yet clear who ordered the CTC to remove

most of these fortifications and how much our Association will pay the CTC and Colliers for their attempt to intimidate us. In any case, it became clear that Collier and CTC are interested in immediately initiating new projects that will allow them to continue to receive money from us for a long time.

It is a serious violation of our Bylaws that the Board has allowed Colliers and CTC to work on other projects without any bids, contracts, and approval of the Board at an open Board meeting. This is also outrageous that our manager, Mr. Zemnovich, who, as a licensed professional, was supposed to protect our Association from illegal contractor's activities, covers up and supports such activities of the Colliers, CTC, and Board.

Our initiative group of owners and residents (IGOR) encourage everyone to attend the Town Hall meeting on Tuesday, August 24th. Please tell your neighbors and friends to be at that meeting. Please raise your voice before it's too late. Please note, the Colliers and CTC are not interest in finishing the Concreate Restoration Project. Say to Board, our management company (FSR), our manager (Mr. Zemnovich), Collier, and CTC: "**ENOUGH IS ENOUGH!**", "**STOP LYING TO US!**", "**STOP CREATING NEW PROJECTS UNTIL THE CURRENT PROJECT IS COMPLETED!**", "**STOP INTIMIDATING US!**"







---------- Forwarded message ---------
From: **Parker Plaza** <pploudspeaker@gmail.com>
Date: Mon, Aug 30, 2021, 3:44 PM
Subject: Can we trust our clowns?
To:

Satire and Humor (with tears in eyes)

### Can we trust our clowns?

One member of our association is asking another:

"Are you going to participate in the next Board meeting, which will be held tomorrow? At that meeting our Board will request Reimbursement for Mold Remediation Expenditure as of 2018-2021."

" Yes, it will be fun to see (with tears in eyes) how our clowns justify spending nearly $1 M from our Budget for Special Assessment of 2020, aimed for execution of Stucco Restoration and Balcony Repairing Project to renovate individual apartments."

 "To justify these wrongdoings, our Little Clown (Manager) has repeatedly mentioned two excuses: (i) the wrongdoings were initiated by the previous Board; and (ii) it was dictated by the emergency and health-threatening needs."

"But these excuses are absolutely absurd.  The previous Board, which was elected in February of 2019 has nothing to do with the Special Assessment 2020, which began in March of 2020, when the current Board came in power. What's more, after all, nothing can justify using the Special Assessment Budget not according to its purpose."

"Why the Little Clown defends wrongdoings of the current Board?"

"He protects his employment. One hand washes the other."

"But, one can challenge this clown?"

"Yes, but remember when one argues with an idiot, it becomes a dispute between two idiots."

"OK, I will ask our President (Big Clown) directly: how it's come that under your leadership more than $6.7 M was overspent?"

 "Wow, can you provide factual data?"

"Of course: (i) more than $4.2M were spent on 135+ Change Orders requested by our Contractor, CTC; (ii) more than $1M of our assessment money were unlawfully used on the renovation of individual apartments (including apartments of the members of the Board); and (iii) our operating budget deficit has exceeded $1.5 M."

"OK, in turn, I would ask the Big Clown: why did he (solely, without Board's approval) change the contract with our management company (FSR), which increased our spending by almost $400,000.00 per year.

"I would also ask the Big Clown: How he allowed falsification of some Associations records?"

"I would advise our neighbors and friends: don't sell your apartments, don't let ignorant people

I would advise our neighbors and friends: don't sell your apartments, don't let ignorant people, scammers, Little and Big Clowns brainwash you, use your money uncontrollably and ruin your life! Hold these people accountable!"

---------- Forwarded message ---------
From: **Parker Plaza** <pploudspeaker@gmail.com>
Date: Sun, Nov 14, 2021, 10:56 AM
Subject: How long should we tolerate ALL of this?
To:

**Meeting of Concerned Owners will take place Wednesday, November 17 @ 7:00 PM in the Lobby of Parker Plaza.**

**AGENDA:**

    1. **Our Rights are being abused**: President and Board have not responded to the official request of 163 voters (more than 31% of All voters) to convene a Special Meeting to consider an Alternate Budget.

    2. **Our Money are being misused**: More than $2,140,000.00 from our Operating and Assessment Budgets was already misused by the current Board. Now, the Board and the Management Company are prepared to use the Reserve Funds ($2,000,000,00) as a piggy bank for financing undisclosed yet projects.

   3. **The proposed changes of our Bylaws will infringe on the rights of ordinary voters and benefit the members of the current Board**. "To vote, or not to vote. This is the question."

**Subject:** FW: LOAN IS WRONG FOR PARKER PLAZA!

-------- Original message --------
From: Freedom PPA <freedom4ppa@gmail.com>
Date: 8/19/22 9:06 AM (GMT-05:00)
To: Freedom PPA <freedom4ppa@gmail.com>
Subject: LOAN IS WRONG FOR PARKER PLAZA!

Dear Parker Plaza Unit Owners,

Board must **STOP** pushing for the loan and **STOP** all the threats. Unit owners must make their own educated decision.

**LOAN IS A TRAP!**

- Everyone will become a part of that loan without any exceptions and any escape.
- It will lead Parker Plaza to a possible financial crash.
- Bank will be the actual owner of Parker Plaza.
- Obtaining personal new loans and refinancing of existing loans will become almost impossible.

**ASSESSMENTS ARE THE RIGHT WAY!**

Paying 35K immediately does not make any reasonable sense. There is no EMERGENCY and thus there is no immediate need for such a huge amount of money.
To introduce a new assessment Board must follow a certain guideline:

- All capital projects require a plan with a timeline. Period.
- Any project is being developed over time and so should be its assessment. Period.
- BEFORE THE START, DURING IMPLEMENTATION and UPON COMPLETION any project must be explained thru proper project management tools and financial reports.

Unit owners should realize that the right mechanism of financing through assessments has been there since the condo was created. It was outlined in detail in all Parker Plaza governing documents and it was created this way for a reason: to protect us, the unit owners, from any possible financial issues and wrongdoings associated with taking a loan. We already have an example of it in the past (loan of 2005) and years later we are still painfully paying for it! ENOUGH!

ALL Unit Owners are for improving and fixing Parker Plaza. But it must be done in a REASONABLE and JUSTIFIED way.
**If the current BOD does not know or cannot do it RIGHT AND REASONABLE – LET THEM STEP AWAY AND RESIGN.**
Parker Plaza does have well qualified people who can do it honestly, much less expensive, faster, with better quality and WITHOUT SUCH HUGE FINANCIAL STRESS for the Unit Owners.

**SUMMARY:**

**In our opinion the PROPERLY JUSTIFIED ASSESSMENT is the only right, fair, less expensive, and financially safer tool for financing PP capital projects.**
**Don't be afraid of the Board threatening tactics!**

**DO NOT VOTE FOR ANY LOAN!**

**SUPPORT THE ASSESSMENT APPROACH!**

*<u>Disclaimer</u>. We respect your privacy. If you do not wish to receive our emails, please let us know and we will remove your name from our list.*

**Subject:** FW: Response to BoD letters

**From:** Freedom PPA <freedom4ppa@gmail.com>
**Date:** August 29, 2022 at 7:45:35 PM EDT
**To:** Freedom PPA <freedom4ppa@gmail.com>
**Subject: Response to BoD letters**

Dear Parker Plaza Unit Owners,

On August 25, Parker Plaza Board of Directors (BoD) sent another "strong" note to the membership followed by a new one on Sunday, August 28.

These and other recent BoD letters twist the facts while blaming others with providing false statements. Judge by yourself.

The BoD letter dated 8/25 states: *"Another false statement made [by freedom4PPA and pploudspeaker] is that the Board will levy an assessment of $35,000 due at one time; this is not true and as we have stated several times, if we are forced to levy an assessment, it will be payable over 3-4 years."*
However, the BoD letter dated 8/10 states:" As *a reminder, if we do not receive 261 votes in favor of taking the loan by August 22nd, we will be **immediately** assessing you in excess of $35,000 per unit. Payments for this assessment will become due **immediately** upon the Board of Directors approving this assessment at an open board meeting at the end of August 2022*."

The BoD letter on 8/25 states*: "The real reason for the objections from freedom4ppa@gmail.com and the "false flag" Parker Plaza pploudpeaker@gmail.com, is for those authors' own personal gains…"*
Which "personal gains"? Personal gains can only apply to the BoD. We all witnessed in one of the BoD recent meetings the reckless Board's approval of the repairs in the apartment of only one Board member. That fact really displays the BoD's intention to act toward their own interests.

One more "blame" from the same letter of 8/25: *"Important facts omitted from freedom4ppa's email are that every unit owner will have an opportunity to pay off their own portion, and the loan will only be disbursed as the repairs are made with bank approval".* We didn't skip it, but rather we challenged this unclear item in our email dated 8/25. Moreover, we noted that we should pay on average more than$7K in 3 years for the LOC interest only term. But what it means *"their own portion*" remains a question. And how would unit owners have to payoff and how much when selling their unit during the loan term? No answers. Just the blames and accusations.

BoD keeps going by blaming that assessment way "*ignores the fact that many of our owners live on fixed incomes for which the payment of the assessments will invariably overwhelm them. This shows the true nature of the groups freedom4ppa and pploudspeaker in that they do not consider the negative effects on others and simply care about their own self-interest in exerting control within Parker Plaza".* Just amazing! How paying double (on average about $80K") is better than paying $40K? While giving the control of PP to the bank, reducing unit prices? If paying less is "self-interest" we are sure majority will be for it.

BoD keeps playing with numbers. Somehow $27.4M became now >$15M. Really?
From the BoD letter on 8/28 follows that: "*Either way, the repairs will cost approximately >$15 million.*"
If that is the correct, why not to go with an assessment like the one in 2020 of $14.27M? BUT AGAIN, quotes and justifications – first, then ASSESSMENT.
And FINALLY, where is the promised CONSTRUCTION COMMITTEE?? Long overdue.

In summary it sounds like the current BoD is almost "saint". However, let us look from the timing perspective:
- Past. All problems, issues are related to the old Boards.

- In present times – they blame everyone who has an alternative opinion: freedom4ppa, pploudspeaker, members of previous Boards and even the unit owners who express their opinion and are against the loan. Contractors and vendors are "bad" too as are getting changed every 1-2 years creating a huge mess and money losses.
  - For future – just a mix of empty promises.
    - PP Management Report on April 1. *"Next week, the 11 line will be opened as the contractor completes the South side."* Today is end of August and….?
    - PP Management Announcement on May 27, 2022. *"The restoration of balconies in stacks 06, 07, 26, & 27 has been postponed until the end of June."* Today is end of August and….?
    - PP Management Report on July 13. *"Taurus Chutes will commence working on the South side trash chutes Thursday, July 14th at 8:30 AM, estimated completion date is Thursday, July 21st."* Today is end of August and….?

  All of the BoD "efforts" or better "mis-efforts" have one goal: get the MONEY. A LOT OF MONEY and preferably thru the LOAN in ONE SHOT.

BoD must STOP threatening the community with immediate, or 3-years long unjustified >$35K per unit assessment. If BoD will decide to go that way, BoD will effectively commit a "political suicide". **It will leave the unit owners no choice but to trigger a process of the BOARD'S RECALL which is provided by Florida laws.**

## CONCLUSION:

**The current Board has proved it multiple times: it CAN'T BE TRUSTED with money, even small money.**

**Only PROPERLY JUSTIFIED ASSESSMENT is the right, fair, less expensive, and financially safer tool for financing PP capital projects.
Don't be afraid of the Board threatening tactics!**

**DO NOT VOTE FOR ANY LOAN!**

**SUPPORT THE ASSESSMENT APPROACH!**

*Disclaimer*. We respect your privacy. If you do not wish to receive our emails, please let us know and we will remove your name from our list.


Begin forwarded message:

**From:** Parker Plaza Estates <no-reply@parkerplaza.org>
**Subject: Re: Loan - "Red Herring" from the Board and Investors**
**Date:** August 28, 2022 at 2:23:22 PM EDT
**To:** michaelfagan@mac.com
**Reply-To:** Parker Plaza Estates <no-reply@parkerplaza.org>



## Re: Loan - "Red Herring" from the Board and Investors

Dear Parker Plaza Owners,

We promised not to go tit for tat on these emails; however, we just had to in this case. First, what in the world is this email talking about? Red herrings and demagogic statements? Can these individuals just let us deal with our pressing issues rather than their constant barrage of nonsense?

**1.** These groups claim to be presenting "detailed explanations" as to why the loan is a "trap" and why an assessment is better. OK, but this is their personal opinion. We want to present owners with an option to pay for the much-needed repairs over a long period of time so that they are not hit with a big assessment. Either way, the repairs will be made. Either way, the repairs will cost approximately >$15 million. If owners vote to pay for this over approx three years, then so be it. If owners do not want to have at least the option to pay over 18 years instead of 3, then so be it.

**2.** We notified the entire membership that we have hired a 3rd party accounting firm to properly account for every single expense made as part of our special assessments since 2017. We also notified the entire membership that this report would be ready in the coming days. PPLoudSpeaker writes below, "there is no collection of proposals and selection of contractors for these projects." As we have stated numerous times, our professional Engineer of Record has outlined the entire scope of work that needs to be done, we have put out an RFP (Request For Proposal), and bids are due in September. Once we have those bids and have more information, we will be able to share this with the entire Membership. Right now, we only have approximate guidance, which we have shared with all of you. You have the same information that we have.

**3**. As for some prior board members neglecting our property, we maintain our statement. Prior boards did not maintain our property over the years and didn't repair the items which they inarguably should have. And yes, it takes longer than three years to fix these major issues, which were caused over multiple decades of neglect.

**4.** Regarding the report that Mr. Sherman commissioned from SFPOC using GoFundMe and other donations solicited around the condo: PPLoudSpeaker claims below that the conclusions reached in their final report have "nothing to do with the allegations presented" in their lawsuit against the Association. <u>Do not be fooled</u>: you are being lied to. These groups were specifically hired to look into wrongdoing, fraud, and criminal activity by members of the Board for the exact items and exact same time period as their lawsuit suggests. EXACT SAME TIME PERIOD. Their own experts concluded that there was NO FRAUD and NO WRONGDOING, and NO CRIMINAL ACTIVITY. Notwithstanding their own evidence, Mr. Sherman and others filed a suit against the Association for the exact same things that they knew never happened - and they knew this because they themselves hired their own experts to uncover any

wrongdoing! And all of this is costing all of us thousands of dollars of our association money to defend against a frivolous lawsuit.

**Conclusion**: please don't be fooled. The loan option is far less harmful than a large assessment. And… there are no outside investors - this is another figment of PPloudspeaker's imagination.

Respectfully,

*Your Parker Plaza Board of Directors*



🔒 browardclerk.org

All Pages | First | Previous | Next | Last | | Request Information Rem

38. The Association is named as a Defendant in this action solely in a derivative capacity, and this action is being brought in order to obtain a recovery on its behalf, and each addendum clause demands damages of, or on behalf, of the use and benefit of the Association. *See, e.g., Belcher v. Shilling*, 309 So.2d 32, 34 (Fla. 3d DCA 1975).

**GENERAL ALLEGATIONS**

39. The Board, with Collazo, and Fagan, at the helm, misappropriated at least two million dollars of Association funds that were allocated for the maintenance, repair and preservation of structural elements of the Building.

40. Instead of utilizing the aforementioned funds for their appropriate use, for the period of November 1, 2018, through June 1, 2021, the Association spent approximately $952,710.00 (the "Unlawful Expenditures") on unlawful renovations to at least 192 individual units in the Building, including spending at least $12,747.00 on unauthorized renovations (the "Unlawful Unit Renovations") made to 4 units owned by Fagan (Units 510, 1914, 2027, and 2201).

41. The Unlawful Expenditures consist of at least $35,536.00 in unlawful renovations

made to units owned by members of the Board.

42. The Unlawful Expenditures were made without the approval of the Board at a duly noticed meeting, without entering into contracts with vendors that performed the Unlawful Unit Renovations, without going out to bid, and without obtaining permits required by the city of Hallandale.

43. Additionally, Collazo ordered the Building's maintenance personnel to demolish certain common areas located within the Building, including the terrace, plaza, and billiard room (the "Unauthorized Common Area Renovations"), to the tune of approximately $250,000.00 (the "Unauthorized Common Area Expenditures") without obtaining approval of the Board at a duly noticed meeting, without entering into contracts with vendors that performed the Unauthorized

6

You're receiving this email because you are a member of the Parker Plaza Estates community, 2030 South Ocean Drive, Hallandale Beach, FL. Log in at https://www.parkerplazaestates.org

POWERED BY concierge plus