ALLIED
R O O F I N G

2022, February 08 Page 1 of 6

# ROOFING PROPOSAL/CONTRACT

| To: | Andy Villarreal | Job Name: | Parker Plaza Condominium |
|---|---|---|---|
| Address: | 2030 S Ocean Dr | Address: | 2030 S Ocean Dr |
| City, State: | Hallandale Beach, FL. | City, State: | Hallandale Beach, FL. |
| Phone: | 305.546.7862 | Buildings: | One (1) |

**IT IS OF EXTREME IMPORTANCE THAT YOU READ AND REVIEW THIS PROPOSAL IN ITS ENTIRETY TO UNDERSTAND OUR SCOPE, WHAT WE CAN AND CANNOT DO AND WHAT WE PROPOSE AS SUBSTITUTIONS AND/OR ALTERNATES TO PLANS, DETAILS AND SPECIFICATIONS.**

## Flat Roof Scope:

| | | | |
|---|---|---|---|
| **Tear-off / Removal** | Remove roofing material to a workable surface | | |
| **Manufacturer's Warranty** | **20** | Years | No dollar limit |
| **Rigid Insulation (TAPERED)** | **1.5** | Inch (s) | **Minimum thickness** |
| **Cover board (FLAT)** | **1/4** | Inch (s) | |
| **Roofing System** | **60** | Mil | *Soprema PVC* single ply (White) |
| **Counter-flashing** | Aluminum mill finish, surface mounted | | |
| **Parapet flashing (standard)** | All parapet/wall flashings will be terminated at 8" above the finished roof membrane, with termination bar and **Counter-flashing**, per manufacturer's details and specifications. | | |
| **Drip Edge** | PVC coated galvanized metal | | |
| **Scupper** | PVC coated galvanized metal | | |
| **EXCLUSIONS** | **Walk Pads, Coping Caps, Wood Nailers, Roof Hatch** | | |
| **Penetrations flashings (Existing)** | All existing will be flashed per manufacturer's standard flashing details | | |
| **Penetrations flashings** | Flashed per manufacturer's standard flashing details | | |
| **Not to exceed these amounts** | VTR (**60**), Electrical Conduits (**26**) | | |

- This proposal is based upon maximum penetrations indicated above. Any additional penetrations will be charged as follows:
  - TPO roofing system:
    + **($30.⁰⁰)** Single Round Penetrations individually flashed with hand/field fabricated wrap
    + **($50.⁰⁰)** Single Square Penetrations individually flashed with hand/field fabricated wrap
    + **($89.⁰⁰)** Single Round Penetrations individually flashed with manufacturer's prefabricated split pipe
    + **($122.⁰⁰)** Angular penetration or small cluster of penetrations flashed with a manufacturer standard prefabricated sealant pocket
    + **(Market Price)** Angular penetration or small cluster of penetrations flashed with a manufacturer

---
Print Name — Print Name

---
Owner Purchaser Signature — Allied Roofing Ind, Inc.

**Allied Roofing Ind, Inc.**
7400 Big Cypress Drive  * Miami Lakes, Florida 33014  * Phone: (305) 477-7810 Fax: (305) 594-9912  * CCC 1331911
Mailing Address * P.O. Box 669191 * Miami, Florida 33014

EXHIBIT "A"

**ALLIED**
R O O F I N G

2022, February 08                                                                                                    Page 2 of 6

<u>custom made</u> prefabricated sealant pocket

- There will be no adjustment in price if there are less than the numbers quoted above.
- <u>**All penetrations, curbs, walls, parapets and other flashings require a minimum of 8" clearance above the finished roof membrane, as per Florida Building Code.**</u>

**Roof area**                              See key plan

# Price          $1,575,980.<sup>00</sup>
# Add            $283,673.<sup>00</sup>          *Temporary roof*
# Total          $1,859,653.<sup>00</sup>

**Note:** The construction industry has been facing many challenges as it navigates the shortages and cost increases to products/materials purchased. The past few months have seen steady growth in cost and all indications are the steady growth will continue. Placing an order for materials does not lock in pricing. Currently materials are taking anywhere from three to four months and sometimes longer. The cost of materials is when they ship not when the order is placed. Allied Roofing is making you aware that when we get confirmation the materials ship out and cost has increased those cost will be passed on the Owner.

## Payment terms:

| $1,859,653.<sup>00</sup> | Total Amount |
|---|---|
| $167,369 | At contract signing |
| $762,458 | At material loading |
| $743,862 | At 50% completion |
| $185,964 | At job completion |

## Key Plan:



_____                    _____
Print Name                                                  Print Name

_____                    _____
Owner Purchaser Signature                          Allied Roofing Ind, Inc.

**Allied Roofing Ind, Inc.**

**7400 Big Cypress Drive  * Miami Lakes, Florida 33014  * Phone: (305) 477-7810 Fax: (305) 594-9912  * CCC 1331911**
**Mailing Address * P.O. Box 669191 * Miami, Florida 33014**

**ALLIED**
R O O F I N G

2022, February 08                                                                      Page 3 of 6

## Special notes:

* **These roofs do not have overflow scuppers. Drainage calculations will reveal the size and locations of the overflow scuppers. The cost of overflow scuppers is not included in this proposal.**

## Notes:

**GENERAL**

1. This proposal may be withdrawn by us if not accepted within 30 days.
2. Replacement and/or installation of Electrical, plumbing and HVAC penetrations shall be by others.
3. Allied Roofing has no control over material price increases, in the event of a natural disaster, Act of Terrorism, or an Act of God. As any additional cost, due to the aforementioned conditions will be passed on to the customer as they have been passed on to Allied Roofing.
4. Allied Roofing Ind, Inc disclaims any and all responsibility for pre-existing conditions including, but not limited to: structural damage or deficiencies, clogged drains, mold growth, excessive standing water, removal of hazardous material and interior damage as a result of existing leaks.

**INCLUDED**

1. Permit processing.
2. Permit Fees.
3. Roofing Licenses.
4. Allied Roofing's Standard insurance.
5. Applicable local and state sales tax.
6. Crane for hoisting and lowering of materials and equipment.
7. **5 years of Maintenance.**
8. **Cutting of temp. roof of remedial repairs**

**EXCLUDED**

1) All indicated in "EXCLUSIONS" of the scopes of work above.
2) Engineering calculations, other than the indicated above in inclusions.
3) Special permitting beyond the normal conditions for roofing.
4) Mechanical, Plumbing, Carpentry, Electrical, Masonry, and Painting work of any kind.
5) Unforeseen conditions not shown or indicated on the provided set of blueprints.
6) Unforeseen conditions implemented by the building department or building inspector.
7) All lightning protection is to be installed by others. Flashing of Lightning protection.
8) Payment & Performance Bond.
9) Certified payroll, DAVIS-BACON WAGES, MIAMI-DADE COUNTY RESPONSIBLE WAGES AND BENEFITS.

---

| Print Name | Print Name |
|---|---|

---

| Owner Purchaser Signature | Allied Roofing Ind, Inc. |
|---|---|

**Allied Roofing Ind, Inc.**

**7400 Big Cypress Drive  * Miami Lakes, Florida 33014  * Phone: (305) 477-7810 Fax: (305) 594-9912  * CCC 1331911
Mailing Address * P.O. Box 669191 * Miami, Florida 33014**

**ALLIED**
R O O F I N G

2022, February 08                                                                                    Page 4 of 6

## TERMS AND CONDITIONS OF CONTRACT

Prior to executing this contract, read it thoroughly and verify that it does not contain any blank spaces. Upon execution, you are entitled to an original duplicate of this contract.

**NO GUARANTEES SHALL APPLY UNTIL THE CONTRACT IS PAID-IN-FULL.** In the event that there is a lapse of time between completion of the work and final payment, the guarantee, when issued, shall be dated as of the date work was completed.

In the performance of this agreement ALLIED ROOFING  hereafter referred to as ALLIED, will not be responsible and shall be relieved of any liability for any damage caused by hail, tempest, hurricanes, gale winds, unusual weather conditions, or inherent defects in the premises on which work is to be done.

ANY LEGAL EXPENSES INCURRED BY ALLIED FOR COLLECTION OF THE CONTRACT PRICE OR ANY INSTALLMENTS DUE THEREUNDER SHALL BE PAID BY THE OWNER WHETHER SUIT BE FILED OR NOT.  If money for work is lost on this project and/or location for work performed, under this contract where the lost results from specified violations of Florida Law by a State-Licensed Contractor, Allied Roofing may recover such funds from the Construction Industry Recovery Fund in accordance with Florida Construction Laws, Section 489.143.

All notices for guarantee work shall be made upon ALLIED in writing, by certified mail. ALLIED shall undertake any guarantee repairs within a reasonable time after written notice.  Any work done or attempted to be done on the roof other than by ALLIED shall void the guarantee.

This contract only covers the work specifically set forth herein. The contract does not cover any additional work found necessary after commencement of the job.  Owner agrees to execute any addendums to this contract necessary to cover the additional work.

ALLIED reserves the right to cease performing under this contract in the event that the owner fails to make any installment payment within 5 days its due date.

ALLIED shall be relieved of its obligation to timely perform under this contract in the event of material shortages, labor disputed or strikes beyond the control of ALLIED.

All payments due under this contract unless timely made shall bear interest at the maximum legal rate.

There are no representations either oral or written other than those set forth on this contract.

In the event that the owner notifies ALLIED that work can be commenced and ALLIED incurs expense by sending men to the job and it is determined that it is impossible for ALLIED to commence the work at that time, owner agrees in addition to the contract price, to compensate ALLIED at its current rate for the expenses incurred by ALLIED.

Prior to ALLIED commencing work, owner at owner's expense agrees to:

a.    Provide a clean roof deck free of rubbish, chips, nails and other foreign debris which shall be loosened and swept up and removed therefrom.

b.    All decks shall be properly graded to outlets and formed so as to drain all water from roof. In the event that it is necessary for ALLIED to provide any item stated above, owner agrees such shall be an extra and shall be paid for by the owner.

The contract pricing reflects ALLIED having access to eaves of roof for trucks and equipment, including cranes. Any work not specified is additional to the contract price.

If concealed or unknown physical conditions of an unusual nature (including asbestos) are encountered at any time, then ALLIED shall be entitled to an adjustment of the contract sum and time for any performance to the extent that the condition causes an increase in the cost, or time required for the completion of the work.  Provided ALLIED promptly notifies the owner of the subject condition, it is agreed that ALLIED shall have no responsibility to correct the condition or complete any portion of the work dependent thereon, until an agreement regarding the equitable adjustment of the contract sum is reached by the parties.

No engineering calculations are included in the above contract price. If these are necessary to obtain permitting they are the responsibility of the property owner.  If this changes the scope of the work, the price will be adjusted accordingly.

The removal and replacement of air conditioning units, ductwork and related electrical to facilitate replacement of this roof, is additional to the contract price and is the owner's responsibility.

All work is to be performed in a workman-like manner.

ALLIED will use caution when working; however, except for proven negligence, ALLIED cannot be held responsible and shall be relieved of any liability for interior or exterior damage to building, its contents or surrounding property including plaster (such as cracks, small pops, or water damage), paint, furnishings, personal belongings, lawns, shrubbery, sidewalks, driveways, sprinkler systems, water lines, septic tanks or lines, antennas, fiberglass or plastic roofs, screens or screen enclosures, pool, pool pumps, patios, washers, dryers, tools, vehicles, solar heaters, etc.

Except for the performance of rotted or damaged wood which is performed under the woodwork clause above, ALLIED and the owner or its agent agree that this contract and price are based on the belief that the structure on which the work is to be performed is sound and built in accordance with local codes. Should work be needed for it to conform to the above, the owner will be given the option to stop the work and pay for work performed to that point or sign another agreement to perform the needed work before the work under this contract can be completed.

Please be advised, in the areas where you have open beam ceiling there may be light debris and small rocks sifting through the sheathing boards.  Please take precautions to protect any items that you do not wish to be soiled.  Any loose objects should be taken down or secured.

Vehicles should not be left in garage or driveways while work is in progress.

Should the owner or tenant not be present a phone number where he or she can be contacted in case of emergency, must be left with ALLIED.

_____                                    _____
Print Name                                                                                    Print Name

_____                                    _____
Owner Purchaser Signature                                                    Allied Roofing Ind, Inc.

**Allied Roofing Ind, Inc.**

**7400 Big Cypress Drive  * Miami Lakes, Florida 33014  * Phone: (305) 477-7810 Fax: (305) 594-9912  * CCC 1331911**
**Mailing Address * P.O. Box 669191 * Miami, Florida 33014**

**ALLIED**
R O O F I N G

Owner will be responsible for painting or staining any new wood or metal.

We cannot assume responsibility for any damages done to the roof by plasterers, plumbers, electricians, air conditioning men, and/or any other tradesmen or persons.

Owner to be responsible for notifying ALLIED as to the location of septic tank.

In a re-roof or recover application of a Minimum Roof Covering or a Roof System Assembly, the new roof system shall be constructed in such a manner as to minimize ponding water. Should ponding water be present in the final application in an area greater that 5% of the total roof area,

Allied Roofing shall provide Owner and a copy to the Building Official advising of the existing ponding water.

This letter shall recommend a structural review and shall advise of the potential of premature deterioration of the roof membrane. Any alteration or deviation from the specification will become an extra charge and must be agreed to in writing by both parties.

If this agreement includes a guarantee you may assign said guarantee to a subsequent owner of this building for the remaining term only if: 1) The request is in writing within 180 days after ownership transfer; 2) You make any repairs to the roofing materials or building components that are identified by ALLIED after an inspection as necessary to preserve the integrity of the roofing materials; 3) You pay an assignment fee of $ 500.00.  This Guarantee is NOT otherwise assignable, directly or indirectly.

This agreement constitutes the entire understanding of the parties and no other understanding shall be binding unless in writing and signed by both parties.

## LUMBER CHARGES:

| | |
|---|---|
| Furring Strip | $2.00 per lineal foot |
| Fascia Board 1" X 6" | $6.50 per lineal foot |
| Fascia Board 1" X 8" | $7.00 per lineal foot |
| Fascia Board 2" X 4" | $7.50 per lineal foot |
| Fascia Board 2" X 8" | $9.00 per lineal foot |
| Tongue & Groove 1" X 6" Sheathing | $3.50 per lineal foot |
| Plywood 5/8" Sheathing | $3.50 per square foot |
| Plywood 3/4" Sheathing | $4.50 per square foot |
| T - 111 1/2" Sheathing | $5.00 per square foot |
| T - 111 5/8" Sheathing | $5.50 per square foot |
| T - 111 Pressure Treated | $6.00 per square foot |
| Truss Reinforcement 2" X 4" | $6.50 per lineal foot |
| Truss Reinforcement 2" X 6" | $7.50 per lineal foot |
| Truss Reinforcement 2" X 8" | $9.50 per lineal foot |

Note: all pressure treated fascia or trusses will be an additional $0.50 per lineal foot. All cedar wood will be an additional $3.00 per lineal foot.

## CONSTRUCTION INDUSTRIES RECOVERY FUND:

PAYMENT MAY BE AVAILABLE FROM THE CONSTRUCTION INDUSTRIES RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE-LICENSED CONTRACTOR. FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS:

Florida Construction Industry Licensing Board
7960 Arlington Expressway, Suite 300
Jacksonville, Florida 32211-7467
Phone: (904) 727-6530

| | |
|---|---|
| _____ | _____ |
| Print Name | Print Name |
| _____ | _____ |
| Owner Purchaser Signature | Allied Roofing Ind, Inc. |

**ROOFING**

**Established in 1984**

## 713.015

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW_ (SECTION 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL, HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS OR MATERIAL SUPPLIERS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT EVEN IF YOU ALREADY PAID YOUR CONTRACTOR IN FULL.IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY.THIS MEAN IF A LIEN IS FILED, YOUR PROPERTY COULD BE SOLD AGAINST YOU'RE YOUR WILL TO PAY FOR LABOR, MATERIALS OR OTHER SERVICES_THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY. TO PROTECT YOURSELF, YOU SHOULD STIPULATE IN THIS CONTRACT THAT BEFORE ANY PAYMENT IS MADE, YOUR CONTRACTOR IS REQUIRED TO PROVIDE YOU WITH A WRITTEN RELEASE OF LIEN FROM ANY PERSON OR COMPANY THAT HAS PROVIDED TO YOU A "NOTICE TO OWNER". FLORIDA'S ONSTRUCTION LIEN IS COMPLEX AND IT IS RECOMMENDED THAT YOU CONSULT AN ATTORNEY

**Acceptance of Agreement-** The above prices, specifications, and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined.

_____          _____
            Print Name                                 Print Name

_____          _____
   Owner Purchaser Signature                   Allied Roofing Ind, Inc.

**Allied Roofing Ind, Inc.**

**7400 Big Cypress Drive  * Miami Lakes, Florida 33014  * Phone: (305) 477-7810 Fax: (305) 594-9912  * CCC 1331911
Mailing Address * P.O. Box 669191 * Miami, Florida 33014**

## AGREEMENT

**THIS AGREEMENT** is made and entered into this <u>17th</u> day of February, 2022, between **Condominium Association of Parker Plaza Estates, Inc.,** a  Florida corporation not-for-profit, (hereinafter referred to as "Association" and/or "Owner"), having its principal office at 2030 S Ocean Dr, Hallandale Beach, Florida 33009, and **Allied Roofing Ind. Inc.,** a Florida Corporation (hereinafter referred to as "Contractor"), CCC# 1331911, having its principal office at 7400 Big Cypress Dr, Miami Lakes, Florida 33014, for the replacement of the roof ("Project") located at the Parker Plaza Estates Condominium (hereinafter referred to as the "Property"), as more particularly described and in accordance with the Contract Documents, hereinafter defined.

**WHEREAS,** Contractor is interested in providing the following services.

**WHEREAS,** the Association is interested in engaging Contractor to provide the following services; and

### WITNESSETH

That the Association and Contractor for the consideration hereinafter named, agree as follows:

### ARTICLE 1
### THE CONTRACT DOCUMENTS

1.1     In addition to this Agreement, the following documents comprise the contract documents ("Contract Documents").

A)     The Contractor's Proposal dated February 17, 2022, attached hereto as Composite Exhibit "A."

B)     Specifications issued by Soprema USA for the products referenced in the Contractor's Proposal, which shall be attached hereto and incorporated herein by reference as composite Exhibit "B".

C)     Contractor's Certificate(s) of Insurance attached hereto as Exhibit "C".

D)     All Manufacturer's Warranties shall be attached hereto and incorporated herein by reference as composite Exhibit "D"

E)     Sample Contractor's Warranty attached hereto as Exhibit "E"

F)     Any written interpretations and modifications of the Contract Documents to be made from time to time by the Association's Representative, as hereinafter defined.

1.2     Any of the Contract Documents not attached hereto are hereby incorporated by reference and shall be deemed to be of the same force and effect as if attached hereto.

1.3     The Contract Documents shall be interpreted together and in harmony with one another. However, in the case of conflict between this Agreement and the other Contract Documents, this Agreement shall control.  The Contractor must call any such conflict or discrepancy to the Association's attention, in writing, prior to executing this Agreement.  In the case of any conflict between the Contract Documents

**EXHIBIT "B"**

regarding the obligations or responsibilities of Contractor, whichever document imposes the greater obligation on the Contractor shall be controlling.

## ARTICLE 2
## SCOPE OF WORK

The Contractor shall provide all materials, supervision, labor, tools and equipment necessary to complete the work in strict accordance with the Contract Documents and perform all work that is reasonably inferable therefrom as being necessary to accomplish the intent of the Contract Documents, and as required by the provisions of the current Florida Building Code, and any amendments thereto. Contractor shall perform the scope of work identified in the Specifications as more specifically detailed in Exhibit "B." The work to be performed shall hereinafter be referred to as the "Work."

## ARTICLE 3
## ASSOCIATION'S REPRESENTATIVE

3.1     **Bret Taylor, PE of Taylor Forensics & Engineering LLC** shall be the Association's Representative, who shall be the Association's Representative during the Contractor's performance of the Work and until issuance of the final Certificate for Payment and shall hereinafter be referred to as the "Association's Representative."

3.2     The Association's Representative shall at all times have access to the Work.

3.3     The Association's Representative will make periodic visits to the site to become familiar with the progress and quality of the Work and to determine if the Work is proceeding in accordance with the Contract Documents. The Association's Representative will not be responsible for construction means, methods, techniques, sequences or procedures, or for safety precautions and programs in connection with the Work, which shall be the responsibility of the Contractor.

3.4     The Association's Representative will be, in the first instance, the interpreter of the requirements of the Contract Documents. The Association's Representative will make decisions on all claims and disputes between the Association and the Contractor. His decisions as it relates to the following items shall be final: interpretation and requirements of the Contract Documents, conformance of Contractor's Work with the Contract Documents, all matters relating to artistic effect of the Work, and minor changes in the Work.

3.5     The Association's Representative will have authority to reject Work which does not conform to the Contract Documents. In such event Contractor shall have forty-eight (48) hours to correct such Work to the reasonable satisfaction of Association's Representative.

## ARTICLE 4
## TIME OF COMMENCEMENT AND COMPLETION

The Work to be performed under this Agreement shall commence upon the issuance of a Notice to Proceed by the Association, which shall be issued upon issuance of the permit from the City of Hallandale Beach for the Work and the recording of a Notice of Commencement in the public records of Broward County, Florida. Before commencing the Work, the Contractor shall submit a schedule (the "Construction Schedule") for substantial completion of the Work prepared in such form and supported by such data to substantiate its accuracy as the Association's Representative may require. The approved Construction Schedule shall be used as the basis to compute the deadline for substantial completion of the Work (the "Contract Time"). Working days shall include Monday through Friday from 9:00 a.m. to 4:30 p.m.

-2-

excluding Federal holidays subject to any authorized extensions of time as set forth in Article 10 of this Agreement. All Work shall be performed in an expeditious manner.

## ARTICLE 5
## CONTRACT SUM

The Association shall pay Contractor for the performance of the Work, a guaranteed lump sum payment of One Million Four Hundred Sixty One Thousand Eight Hundred Seven and and Zero Cents ($1,461,807.00) ("Contract Sum"). The Contract Sum includes all mobilization costs, general conditions, job clean-up and demobilization costs, site safety, site protection, as identified herein, site preparation, and includes all taxes, pert processing fees, permit fees, insurance, crane for hoisting and lowering of materials and equipment, licenses, and fees. Thirty Percent (30%) of the Contract Sum, or $438,542.10, shall be paid as a deposit to Contractor upon issuance of the permit by the City of Hallandale Beach for the Work and mobilization by Contractor. The balance of the Contract Sum shall be made to Contractor based upon the stages of completion of the Work, as certified by the Association's Representative. Specifically, before submitting any Application for Payment (subsequent to the initial deposit referenced above), the Contractor shall submit to the Association's Representative a Schedule of Values allocated to the Work prepared in such form and supported by such data to substantiate its accuracy as the Association's Representative may require. This Schedule of Values, unless objected to by the Association's Representative shall be used as a basis for reviewing the remainder of Contractor's Applications for Payment for the Work. The Payment Schedule contained within the Contractor's Proposal, attached hereto as Exhibit "A" is deleted in its entirety and shall be replaced with the payment terms identified in this Agreement.

## ARTICLE 6
## PAYMENTS

6.1     The Association shall prepare a Notice of Commencement ("Notice") and have same duly recorded in the public records of Broward County, Florida in accordance with Section 713.13, Florida Statutes. The Work shall not commence and payments shall not be made until such time as a certified copy of the Notice has been posted prominently upon the Property.

6.2     <u>Progress Payments.</u>

Every thirty (30) days from the date of commencement of the Work, the Contractor shall submit an Application for Payment to Association's Representative using AIA Document G702 based on the approved Schedule of Values for the Work. As a condition to payment of each draw and final payment, Contractor shall submit with each Application for Payment a sworn and certified progress payment affidavit which recites that all laborers, material suppliers and subcontractors dealing with the Contractor have been paid in full up through the date of the affidavit and partial releases of lien from Contractor and for the current payment, and conditional releases from all lienors prior to payment for the current payment, and unconditional releases of lien from all lienors for the previous payment, for all lienors serving a Notice to Owner to Association prior to payment and evidence of proof of payment of any indebtedness incurred with respect to the Work of Contractor, as may be required by Association and evidence that all Work has been performed as required pursuant to the Contract Documents up to the time of the request for payment. In addition, as Contractor is fully responsible for meeting the requirements of the Manufacturers' Warranties, Contractor shall be responsible for obtaining inspections or other acceptable documentation from the Manufacturers' representatives and delivering, together with its application for payment and supporting documentation, signed statements from the Manufacturers verifying that the Manufacturers will issue the Manufacturers' Warranties for the Work performed for which payment is being made, as a condition of payment. If fully satisfied with the documentation submitted, the Association's Representative shall issue a certificate of authorization of payment to the Association for the amount approved less ten percent (10%)

retainage within ten (10) calendar days of receipt of the application for payment and supporting documentation. Upon receipt of the certificate of authorization of payment, the Association shall issue payment of the amount certified, less retention, to Contractor within ten (10) calendar days.

6.3     Association may, in its discretion, make all or any portion of any progress payment by check payable jointly to the order of Contractor and any lienor giving timely notice, or may make such payment directly to such lienor and deduct said payment from the sum due Contractor.

6.4     Payments may be withheld on account of (1) defective Work not remedied, (2) claims or liens filed for any Work for which Contractor has received payment or for which the Association has disputed payment in good faith, (3) failure of the Contractor to make payments properly to subcontractors or for labor, materials, or equipment, (4) failure to provide waivers of lien for all lienors giving notices, (5) damage caused by the Contractor, its agents and or subcontractors to the Association's property or to the real or personal property of any owners or tenants in which case a reasonable estimated amount of such damages shall be withheld from Contractor's payment until such damages are satisfactorily corrected, (6) failure of the Work to progress satisfactorily or according to schedule due to the fault of the Contractor or anyone for whom it is responsible, (7) the Work is not approved by the Association's Representative or the appropriate governmental authorities required to inspect the Work, or (8) failure to carry out the Work in accordance with the Contract Documents.

6.5     No payments made pursuant to this Agreement shall be evidence of performance of this Agreement, either wholly or in part, and no payment including the final payment shall be construed to be an acceptance of defective Work or improper materials, nor shall use of the Work by the Association constitute acceptance of the Work hereunder or any part thereof.

## ARTICLE 7
## FINAL PAYMENT

7.1     **Final Payment** shall be due within thirty (30) days from the date of completion of the Work (including all punch list items) provided the Work has been fully performed and inspected and accepted by the Association and the Association's Representative, and any governmental authorities required to inspect the Work; the Contractor has delivered to the Association all Manufacturer's Warranties; confirmation that all permits issued for the performance of the Work have been closed; and Contractor has complied with the other requirements set forth in the Contract Documents including, but not limited to, this Article 7.

7.2     Final payment shall not be due until the Contractor has delivered to the Association a complete release of all liens and releases or waivers of lien from all lienors who have served a Notice to Owner to Association arising out of this Agreement, and a Final Contractor's Affidavit pursuant to Section 713.06(2), Florida Statutes.

7.3     Final payment may be withheld on account of (1) defective Work not remedied, (2) claims or liens filed, (3) failure of the Contractor to make payments properly to subcontractors or for labor, materials, or equipment, (4) failure to provide waivers of lien for all lienors serving Notices to Owner, (5) damage to the Association's property caused by the Contractor, its agents and/or subcontractors, or to the real or personal property of any owners or tenants in which case a reasonable estimated amount of such damages shall be withheld from Contractor's payment until such damages are satisfactorily corrected, (6) failure of the Contractor to comply with paragraph 7.1 and 7.2 of this Agreement, or (7) failure to carry out the Work in accordance with the Contract Documents.

7.4     The Association may, in its discretion, make all or any portion of any of the final payment by check payable jointly to the order of Contractor and any lienor giving timely notice, or may make such

payment directly to such lienor and deduct said payment from the sum due Contractor. However, such payment, if made, shall not create any third-party beneficiary or other rights in such lienor. In the event there are claims which exceed the final payment amount, no payment shall be made until Contractor deposits the amount of any such deficiency with the Association.

7.5     The making of final payment shall not constitute a waiver of any claims by the Association.

**ARTICLE 8**
**CONTRACTOR**

8.1     Contractor represents that Contractor is a properly qualified and licensed contractor in good standing with the State of Florida and is a corporation in good standing, organized and existing under the laws of the State of Florida. Contractor further represents that Contractor has read, examined and understands the pertinent Contract Documents and that Contractor is well qualified and able to perform this Work; that Contractor has a sufficient number of qualified persons to assure timely performance of this Work; that Contractor has the proper tools and equipment to perform this Work; and is financially capable of performing this Agreement.

8.2     Contractor warrants and represents to the Association that Contractor has visited the site of the Work, examined the actual job conditions and that Contractor is familiar with local conditions and all things required that could be reasonably known that will have a bearing on the performance of Contractor's work and Contractor's costs. Contractor shall be responsible to perform any additional inspections and conduct any necessary tests per typical industry standards as may be required to determine the suitability of the site conditions. Failure on the part of Contractor to properly evaluate any factors of costs prior to signing this Agreement shall not form a basis for additional compensation. Execution of this Agreement shall be conclusive evidence that Contractor has investigated and is satisfied as to the site conditions to be encountered, as to the character, quality and quantities of work to be performed and materials to be furnished, and as to the requirements of the Contract Documents.

8.3     The Contractor shall supervise and direct the Work using Contractor's best skill and attention. The Contractor shall be responsible for all construction means, methods, techniques, sequences, and procedures and for coordinating all portions of the Work under the Agreement in accordance with the scope of work documents prepared by the Engineer. All Work shall be performed by craftsmen skilled in the trades and application of materials involved.

8.4     Unless otherwise specifically noted, the Contractor shall provide for all permits, licenses, inspections, labor, materials, equipment, tools, construction, equipment, machinery, transportation, and other facilities and services necessary for the proper execution and completion of the Work.  The Association shall provide the Contractor with an area to stage its equipment and the Contractor shall be permitted to store its equipment within that area at no cost to Contractor.  The Association shall not be liable or responsible for any damages to such materials or equipment, including but not limited to any damages arising from theft or vandalism of such materials or equipment.  Contractor shall be responsible to fully insure all materials and equipment on the Property. Contractor acknowledges that the Work is being performed in an occupied condominium and shall be responsible for protecting all areas while performing its Work.

8.5     The Contractor shall at all times enforce strict discipline and good order among its employees and shall not employ any unfit person or anyone not skilled in the task assigned to him/her.

8.6     The Contractor warrants to the Association and the Association's Representative that all materials incorporated in the Work will be new unless otherwise specified, and that all Work will be of first quality, free from faults and defects and in conformance with the Contract Documents.  All Work not so

-5-

conforming to these standards may be considered defective. Contractor shall not substitute any materials for those materials specified by the Contract Documents without the prior written consent of Association and Association Representative.

8.7     The Contractor shall pay all sales, consumer, use and other similar taxes required by law and shall secure all permits, fees and licenses necessary for the execution of the Work.

8.8     The Contractor shall give all notices and warrants and represents that the Work when completed will comply with all laws, ordinances, rules, regulations, and orders of any public authority, including but not limited to the Florida Building Code, and all local amendments thereto, and all other authorities having jurisdiction over the Work and Property. Contractor acknowledges that Association does not have the knowledge to determine compliance with the foregoing items and is relying on Contractor's knowledge and expertise of same. Contractor shall be liable for any deviation from any laws, ordinances, rules, regulations, and orders of any public authority even if in strict compliance with the Contract Documents. Contractor shall bear sole responsibility for and bear all costs necessary to insure full compliance with the representations contained herein, including, but not limited to, the cost of removing existing work, the cost of replacing any work with work conforming to the applicable requirements and any attorney's fees or other expenses incurred by Association in responding to any complaints, citations, court orders, administrative orders or similar governmental edicts or process pertaining strictly to the scope of work of this Project as identified in the Contract Documents . The provisions of this paragraph shall survive the termination of this Agreement.

8.9     The Contractor shall be responsible for the acts and omissions of all its employees and all subcontractors, their agents and employees and all other persons performing any of the Work under a contract with the Contractor.

8.10    The Contractor at all times shall keep the premises free from accumulation of waste materials or rubbish caused by its operations. On a daily basis the Contractor shall clean the areas where it has worked, leaving such area free of debris and rubbish. In the event that the Contractor fails to perform a daily clean up, the Association may clean the area and charge the Contractor the costs incurred therefrom. At the completion of the Work Contractor shall remove, at his sole cost and expense, all its waste materials and rubbish from and about the Property as well as its tools and equipment, shall clean all surfaces, and shall leave the Work "broom clean" or its equivalent, except as otherwise specified. Contractor agrees that any damage to the Property resulting from Contractor's performance of the Work shall be immediately repaired at Contractor's sole cost and expense to the reasonable satisfaction of Association.

8.11    To the fullest extent permitted by law, the Contractor shall indemnify, defend, and hold harmless the Association, its officers, directors, agents, employees, and the Association's Representative (the "Indemnified Parties") from liability, damages, losses and costs, including, but not limited to, reasonable attorney's fees, at both the trial and appellate level, caused in whole or in part by any act, omission or default of the Contractor, any of the Contractor's subcontractors, sub-subcontractors, materialmen or agents or any tier of their respective employees or the Indemnified Parties arising from this Agreement or its performance to the extent caused by the Contractor, or any of the Contractor's subcontractors, sub-subcontractors, materialmen or agents or any tier of their respective employees. However, such indemnification shall not include claims of, or damages resulting from, gross negligence, or willful, wanton or intentional misconduct of the Indemnified Parties or for statutory violations or punitive damages except and to the extent the statutory violation or punitive damages are caused by or result from the acts or omissions of the Contractor or any of the Contractor's subcontractors, sub-subcontractors, materialmen or agents or any tier of their respective employees. To the extent that the Contractor's obligation to indemnify as set forth herein arises in whole or in part by the acts, omissions, or defaults of the Indemnified Parties, such obligation shall be limited to Two Million Dollars ($2,000,000.00) per occurrence which sum the parties hereto acknowledge bears a reasonable commercial relationship to this

-6-

Agreement and shall be deemed part of the project specifications and bid documents. In any and all claims against the Indemnified Parties by any employee of the Contractor, any subcontractor, anyone directly or indirectly employed by any of them or anyone for whose acts any of them may be liable, the indemnification obligation under this Paragraph 8.11 shall not be limited in any way by any limitation on the amount or type of damages, compensation or benefits payable by or for the Contractor or any subcontractor under Workmen's compensation acts, disability benefit acts or other employee benefit acts. The provisions of this paragraph shall survive termination of this Agreement.

8.12    The Contractor shall coordinate and provide the schedules in a manner to complete the project in the most expeditious and economical manner possible. The Contractor shall be responsible for the finish of the Work and shall not commence any part of it until surfaces are in proper condition to receive specified systems and/or products.

8.13    Contractor shall inspect the Property to determine it is suitable for Contractor's performance of its Work and to determine that the Contract Documents are accurate for the purpose of achieving the desired result. Contractor shall be responsible to perform inspections and conduct any necessary tests to determine the suitability of the site conditions.

8.14    In the event of a hurricane or storm warning or watch, the Contractor shall be responsible to secure the jobsite and all materials and equipment. The Contractor shall be responsible for all costs and expenses incurred in connection with demobilization, remobilization and removal and/or securing of all equipment and materials.

**ARTICLE 9**
**SUBCONTRACTS**

Contractor may subcontract portions of the Work contemplated under this Agreement upon submission and written approval of the Association of its proposed subcontractor. Contractor hereby assigns to Association all its contract rights with respect to subcontractors and material and equipment suppliers that provided work, materials and equipment to this project in accordance with the Contract Documents, including but not limited to all Contractor's rights to make claims regarding quality of the work, merchantability of the materials and equipment, feasibility and fitness for the particular purpose of materials, equipment and workmanship described in this Agreement. It is further agreed that all subcontracts and material and equipment purchase contracts entered into by Contractor or its subcontractors or material suppliers, shall contain a provision stating that the Association may bring a claim directly against any subcontractor of Contractor for breach of contract, warranty rights, quality of workmanship, and create third party beneficiary rights of Association in said agreements. It is further agreed and understood that such assignment(s) is part of the consideration to Association for entering into this Agreement with Contractor and may not be withdrawn. Additionally, nothing contained in this Agreement shall constitute an assignment of Contractor's rights against Association or create any third-party beneficiary rights in any subcontractors or material and equipment suppliers of Contractor. The purpose of this provision is to allow the Association, in addition to Contractor, to make claim for damages or indemnification against any subcontractors or material and equipment suppliers that may be ultimately responsible for defects or deficiencies in the Work or materials and equipment.

**ARTICLE 10**
**TIME**

10.1    All time limits stated in the Contract Documents are of the essence in this Agreement.

10.2    If the Contractor is delayed at any time in the progress of the Work by changes ordered in the Work, by labor disputes, fire, unusual delay in transportation, unavoidable casualties, causes beyond

-7-

the Contractor's control, or by any cause which Association's Representative may determine justifies the delay, then the Contract Time shall be extended by written Change Order for such reasonable time as the Association's Representative may determine. All requests for extensions of time other than those associated with changes in the Work, must be submitted in writing to Association representative within five (5) business days of the event giving rise to the delay. Failure to so request an extension will constitute a waiver of any right for an extension of time.

10.3   In the event that Contractor is delayed in the progress of the Work and is granted an extension of time in which to perform the Work, in no instance will Contractor be entitled to increased costs, compensation, or damages as a result of delay, including but not limited to claims of inefficiency. All damages that may occur by reason of delay are hereby waived.

10.4   The parties agree that time is of the essence in the performance of this Agreement. Completion of the Work under this Agreement shall be in accordance with Article 4 of this Agreement subject to any authorized extensions of time as indicated by a written change order pursuant to paragraph 10.2 of this Article 10.

10.5   If the Work has not been substantially completed on or before expiration of the Contract Time, subject to authorized extension of time issued in accordance with this Agreement, the Parties hereto agree that as liquidated delay damages and not as a penalty, the Contractor shall pay to the Association an amount equal to One Thousand Dollars ($1,000/day) for each calendar day or portion thereof, that the date of completion is later than the date for Substantial Completion set forth above. Substantial Completion shall be defined as the completion of all work with the exception of punchlist work. Contractor shall have two (2) weeks from the date of Substantial Completion within which to achieve Final Completion of the Work. In addition to the requirements set forth in Article 7 of this Agreement, Final Completion shall include all necessary inspections and approvals by the City of Hallandale Beach Building Department.

## ARTICLE 11
## PROTECTION OF PERSONS AND PROPERTY

The Contractor shall be responsible for initiating, maintaining, and supervising all safety precautions and programs in connection with the Work. Contractor shall take all reasonable precautions for the safety of, and shall provide all reasonable protection to prevent damage, injury or loss to (1) all employees on the Work and other persons who may be affected thereby, (2) all the Work and all materials and equipment to be incorporated therein, and (3) other property at the site or adjacent thereto. Contractor shall comply with all applicable laws, ordinances, rules, regulations and order of any public authority having jurisdiction for the safety of persons or property or to protect them from damage, injury or loss. All damage or loss to any property caused in whole or in part by the Contractor, any subcontractor, any sub-subcontractor or anyone directly or indirectly employed by any of them, or by anyone for whose acts any of them may be liable, shall be remedied by the Contractor. Contractor shall be responsible for interior damage to the building, including the ceiling, paint, furnishings, and personal belongings during the progress of the Work, provided such damage is due to the negligence of Contractor and its employees. Contractor shall provide a minimum of seventy-two (72) hours notice to Association when performing any work that requires residents to move personal belongings, including but not limited to vehicles, so as to permit the Association to notify its residents of same. The Association shall not be responsible for any damage caused by the Contractor or its employees.

## ARTICLE 12
## CONTRACTOR'S LIABILITY INSURANCE

12.1   The Contractor shall purchase and maintain such insurance as will protect Contractor from claims under Worker's Compensation acts and other employee benefit acts, from claims for damages

because of bodily injury, including death and from claims for damages to property which may arise out of or result from the Contractor's operations under this Agreement, whether such operations be by Contractor or by any subcontractor or anyone directly or indirectly employed by any of them. The Contractor shall purchase and maintain insurance coverage in the amounts set forth on the Certificate of Insurance attached hereto as Exhibit "C." Such insurance shall have no residential/condominium property exclusions or exclusions prohibiting work on high-rises, such as the Project.

12.2    The Association shall be named as an additional insured in all policies required to be maintained hereunder with the exception of the Worker's compensation insurance. Any insurance procured by Contractor covering the additional insureds shall be primary insurance and any additional insurance carried by the Association shall be excess insurance. All certificates of insurance issued in connection with this Agreement shall provide that such insurance covering the additional insureds is primary insurance. As a condition precedent to entitlement to payment, Contractor must maintain the above-described coverage and furnish a copy of all policies to the Association. A Certificate of Insurance shall be delivered to the Association prior to the commencement of the Work and said certificate shall contain a provision that coverage afforded under the policies will not be canceled without ten (10) days prior written notice to the Association. In the event Contractor should fail to pay the insurance premiums, the Association, at its option, may pay the premiums and deduct said amount from the Contract Sum.

### ARTICLE 13
### CORRECTION OF WORK AND WARRANTY

13.1    The Contractor shall, within seven (7) days from receipt of written notice from Association, correct any Work that fails to conform to the requirements of the Contract Documents and unconditionally guarantees and warrants that Contractor shall correct any defects due to faulty workmanship and materials furnished for the three plies (base ply, inter-ply, and cap ply) roofing system for a period of ten (10) years from the Date of Completion of the Work. The provisions of this Article 13 apply to work done by subcontractors as well as to work done by the Contractor. Those items specifically covered by the any Manufacturer's warranty shall in no way be deemed to limit Contractor's responsibility to do all things necessary to obtain and keep the Manufacturer's Warranty in full force and effect. The Manufacturer's warranty shall in no way limit the Contractor's warranty herein and is in addition to and not in lieu of the Contractor's warranty.

13.2    The Contractor shall bear all costs of correcting such defective Work. This obligation shall survive termination of this Agreement.

13.3    Nothing contained in this Article 13 shall be construed to establish a period of limitation with respect to any other obligation which the Contractor might have under the Contract Documents or law. The establishment of the time periods set forth in Paragraph 13.1 above relates only to the specific obligation of the Contractor to correct the Work, and has no relationship to the time within which Contractor's obligation to comply with the Contract Documents may be sought to be enforced, nor to the time within which proceedings may be commenced to establish the Contractor's liability with respect to Contractor's obligations and any damages caused by the Contractor including but not limited to any action commenced by the Association for negligence, strict liability, breach of contract or warranties.

### ARTICLE 14
### CHANGES IN THE WORK

Changes in the Work may be accomplished after execution of the Agreement, and without invalidating the Agreement, by Change Order or Construction Change Directive, subject to the limitations stated in this Article 14 and elsewhere in the Contract Documents. Any changes in the Work or any adjustment in the Contract Sum or the Contract Time shall only be made upon written Change Order or

Construction Change Directive as provided herein.  If Contractor proceeds with such work without obtaining a written change order or Construction Change Directive, it shall be assumed that Contractor has performed such work at no additional charge.  The requirement for a writing under this Article cannot be waived.  A Change Order shall be based upon agreement among the Association's Representative, the Association and Contractor and a Construction Change Directive requires directive by the Association's Representative or Association and may or may not be agreed to by the Contractor.  Among other circumstances, a Construction Change Directive may be issued where the Contractor believes it is entitled to a Change Order or otherwise to an increase in the Contract Sum or Contract Time, but the Association does not agree.  In such event, the Contractor is obligated to perform the Work described in the Construction Change Directive in accordance with this Article. Changes in the Work shall be performed under applicable provisions of the Contract Documents, and the Contractor shall proceed promptly, unless otherwise provided in the Change Order or Construction Change Directive.

    14.1    Change Orders

    14.1.1  A Change Order is a written instrument signed by the Association's Representative, the Association and Contractor stating their agreement upon all of the following:

    .1    The change in the Work;
    .2    The amount of the adjustment, if any, to the Contract Sum; and
    .3    The amount of the adjustment, if any, to the Contract Time.

    14.2    Construction Change Directives

    14.2.1  A Construction Change Directive is a written order signed by the Association's Representative directing a change in the Work prior to agreement on adjustment, if any, in the Contract Sum or Contract Time, or both. The Association may by Construction Change Directive, without invalidating the Agreement, order changes in the Work within the general scope of the Agreement consisting of additions, deletions or other revisions, the Contract Sum and Contract Time being adjusted accordingly.

    14.2.2  Construction Change Directive shall be used in the absence of total agreement on the terms of a Change Order.

    14.2.3  If the Construction Change Directive provides for an adjustment to the Contract Sum, the adjustment shall be based on one of the following methods:

    .1    Mutual acceptance of a lump sum properly itemized and supported by sufficient substantiating data to permit evaluation;
    .2    Unit prices stated in the Contract Documents or subsequently agreed upon;
    .3    Cost to be determined in a manner agreed upon by the parties and a mutually acceptable fixed or percentage fee; or
    .4    As provided in Section 14.2.6.

    14.2.4  Upon receipt of a Construction Change Directive, the Contractor shall promptly proceed with the change in the Work involved and advise the Association's Representative of the Contractor's agreement or disagreement with the method, if any, provided in the Construction Change Directive for determining the proposed adjustment in the Contract Sum or Contract Time.  Disagreement as to the adjustment to the Contract Sum or Contract Time shall not excuse Contractor from its prompt performance of the Work described in the Construction Change Directive.

14.2.5  A Construction Change Directive signed by the Contractor indicates the Contractor's agreement therewith, including adjustment in Contract Sum and Contract Time or the method for determining them. Such agreement shall be effective immediately and shall be recorded as a Change Order.

14.2.6  If the Contractor does not respond promptly or disagrees with the method for adjustment in the Contract Sum, the Association's Representative shall determine the method and the adjustment on the basis of reasonable expenditures and savings of those performing the Work attributable to the change, including, in case of an increase in the Contract Sum, an amount of 7% for overhead and profit. In such case, the Contractor shall keep and present, in such form as the Association's Representative may prescribe, an itemized accounting together with appropriate supporting data. Unless otherwise provided in the Contract Documents, costs for the purposes of this Section 14.2.6 shall be limited to the following:

> .1      Costs of labor including workers' compensation insurance;
> .2      Costs of materials, supplies and equipment, including cost of transportation, whether incorporated or consumed;
> .3      Rental costs of machinery and equipment, exclusive of hand tools, whether rented from the Contractor or others;
> .4      Costs of premiums for all bonds and insurance, permit fees, and sales, use or similar taxes related to the Work; and
> .5      Additional costs of supervision and field office personnel directly attributable to the change.

14.2.7  Pending final determination of the total cost of a Construction Change Directive, the Contractor may request payment for Work completed under the Construction Change Directive in Applications for Payment. The Association's Representative will make an interim determination for purposes of monthly certification for payment for those costs and approve for payment the amount that the Association's Representative determines, in the Association's Representative's sole judgment, to be reasonably justified. The Association's Representative's interim determination of cost shall adjust the Contract Sum on the same basis as a Change Order, subject to the right of either party to disagree and assert a claim.

## ARTICLE 15
## TERMINATION BY THE CONTRACTOR

If the Association's Representative fails to issue a Certificate of Payment for a period of fifteen (15) days through no fault of the Contractor, or if the Association fails to make payment thereon for a period of fifteen (15) days after approval by the Association's Representative of a Payment Application, the Contractor may, after seven (7) days written notice to the Association and the Association's Representative, terminate this Agreement and recover from the Association payment for all Work executed and for any proven loss for Work performed and on any materials, equipment, tools, and construction equipment and machinery, including a reasonable profit thereon not to exceed ten percent (10%), but which sum shall never exceed the Contract Sum, less the cost to complete any remaining Work as determined by the Association's Representative. This sum shall be Contractor's sole remedy under this Agreement.

## ARTICLE 16
## TERMINATION BY THE ASSOCIATION

If the Contractor cannot satisfy the conditions and obligations imposed by the Contract Documents, or if Contractor makes a general assignment for the benefit of Contractor's creditors, or if a receiver is appointed on account of Contractor insolvency, or if Contractor persistently or repeatedly refuses or fails,

except in cases for which an extension of time is granted, to supply properly skilled Workmen, or proper materials in accordance with the Contract Documents, or if Contractor fails to make prompt payment to subcontractors or for materials or labor, or disregard laws, ordinances, rules, regulations or orders of any public authority having jurisdiction, or otherwise is guilty of a violation of any provision of the Contract Documents, then the Association, upon certification by the Association's Representative that sufficient cause exists to justify such action, may, without prejudice to any right or remedy provide the Contractor with a written notice of default ("Notice of Default").  Contractor shall have seventy-two (72) hours from receipt of the Notice of Default within which to cure or commence to diligently cure the default.  In the event that Contractor fails to cure the default within seventy-two (72) hours form receipt of the Notice of Default, the Association may terminate this Agreement and take possession of the site and of all materials, owned by the Contractor and finish the Work by whatever method the Association deems expedient.  In such case the Contractor shall not be entitled to receive any further payment.  If the cost of completion and correcting the Work, including compensation for the Association's Representative's additional services made necessary thereby, exceeds the unpaid balance, the Contractor shall pay the difference to the Association.  This provision shall in no way limit Association's right to claims for any additional damages including but not limited to delay and consequential damages.  This obligation for payment shall survive termination of this Agreement.

The Association may also terminate this Agreement for the Association's convenience and without cause upon 72 hours' written notice to Contractor without incurring any penalty in connection with such termination. If the Contractor is terminated for convenience, the Contractor shall be paid for all Work completed through the date of termination, all special order/custom ordered fixtures for the Work which shall be delivered at the time of payment for same, less payments made and any amounts that the Association is entitled to withhold pursuant to the terms of this Agreement and by law.  The Contractor waives any and all claims for damages resulting from such termination for convenience, including without limitation anticipated profits and any and all damages.

## ARTICLE 17
## TRANSFER OF LIEN

In the event any liens should be filed against the Property by any subcontractors or material suppliers, in connection with labor or services performed, the materials incorporated into or delivered to the Property, Contractor shall indemnify, defend, and hold Association harmless against all such liens and suits or other proceedings pertaining thereto including any and all costs and attorneys' fees, at both the trial and appellate level.  If any such liens are filed then Contractor must transfer such lien within five (5) days of the filing of the lien by, (A) depositing in the office of the Clerk of the Circuit Court an amount sufficient to transfer said lien, or (B) by filing with the Clerk's office a bond executed as surety licensed to do business in the State of Florida in accordance with the provisions of Section 713.24, Florida Statutes, and its successors.  Should Contractor fail to transfer such lien, the Association may, at its option, do so and deduct the amount expended, including all costs and attorney's fees incurred, from any payment then due Contractor.

## ARTICLE 18
## ATTORNEY'S FEES

In connection with any litigation including appellate proceedings arising out of this Agreement, the prevailing party shall be entitled to recover reasonable attorney's fees and costs. The Parties agree that there shall be no requirement to mediate any matters relating to or arising from this agreement prior to the institution of any legal action.

## ARTICLE 19
## BOND

If requested by the Association, the Contractor shall furnish the Association, before commencing any of the Work required under this Agreement, a Performance Bond, using AIA Form A312, and a Payment Bond, in accordance with Section 713.23, Florida Statutes, in the amount of the Contract Sum. The Payment and Performance Bonds (hereinafter referred to as "the Bonds") shall be furnished by a surety licensed in the State of Florida that is satisfactory to the Association, naming the Association as oblige and conditioned that the Contractor shall perform all Work required by the Contract Documents in a satisfactory and workmanlike manner. The Association shall be responsible for the costs associated with the Bonds.

## ARTICLE 20
## GOVERNING LAW AND VENUE

The Contract Documents shall be construed under and in accordance with the laws of the State of Florida. Any legal proceeding arising from the Contract Documents shall be brought only in a court of competent jurisdiction in Broward County, Florida.

## ARTICLE 21
## SUCCESSORS AND ASSIGNS

The Association and the Contractor each binds himself, his partners, successors, assigns and legal representatives to the other party hereto and to the partners, successors, assigns and egal representatives of such other party in respect to all covenants, agreements and obligations contained in the Contract Documents. Neither party to the Contract shall assign the Contract or sublet it as a whole without the written consent of the other, nor shall the Contractor assign any monies due or to become due to him hereunder, without the previous written consent of the Association.

## ARTICLE 22
## MODIFICATION

No change or modification of this Agreement shall be valid unless in writing and signed by all parties hereto. No waiver of any of the provisions of this Agreement shall be valid unless in writing and signed by the party against whom it is sought to be enforced.

## ARTICLE 23
## RIGHTS AND REMEDIES

The duties and obligations imposed by the Contract Documents and the rights and remedies available thereunder shall be in addition to and not a limitation of any duties, obligations, rights and remedies otherwise imposed or available by law.

## ARTICLE 24
## SEVERABILITY AND WAIVER

The partial or complete invalidity of any one or more provisions of this Agreement shall not affect the validity or continuing force and effect of any other provision. The failure of either party hereto to insist, in any one or more instances, upon the performance of any of the terms, covenants or conditions of this Agreement, or to exercise any right herein, shall not be construed as a waiver or relinquishment of such term, covenant, condition or right as respects further performance.

-13–

## ARTICLE 25
## WRITTEN NOTICE

Written notice shall be deemed to have been duly served if delivered in person to the Contractor or the Association or Association's Representative, or shall be deemed to have been duly given on the date said notice was mailed by United States Certified or Registered Mail, Return Receipt Requested, postage prepaid, and addressed as follows (or to such other address as any party may specify by notice to all other parties as aforesaid):

For Association:

Condominium Association of
Parker Plaza Estates, Inc.
2030 S Ocean Dr
Hallandale Beach, Florida 33009
Attention: Property Manager

For Contractor:

Allied Roofing Ind., Inc.
PO Box 669191
Miami, Florida 33014
Attention:

With a copy to:

Matthew Maranges, Esq.
Peterson, Baldor & Maranges, PLLC
8000 SW 117 Ave, Ste 206
Miami, Florida 33183

For Association's Representative:

## ARTICLE 26
## FLORIDA HOMEOWNERS' CONSTRUCTION RECOVERY FUND

PAYMENT MAY BE AVAILABLE FROM THE FLORIDA HOMEOWNERS' CONSTRUCTION RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A LICENSED CONTRACTOR. FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS:

CONSTRUCTION INDUSTRY LICENSING BOARD
1940 North Monroe Street
Tallahassee, Florida 32399
Telephone (850) 487-1395

## ARTICLE 28
## CHAPTER 558 NOTICE OF CLAIM

The Association and Contractor have agreed that the requirements set forth in Chapter 558, Florida Statutes, do not apply to this Agreement.

## (SIGNATURES ON FOLLOWING PAGE)

-14-

THIS AGREEMENT is executed the day and year first above written.

Witnesses:

_____

Print Name: _Irving Zemnovich_

_____

Print Name: _Julie Gonzalez-Moliere_

CONDOMINIUM   ASSOCIATION   OF
PARKER PLAZA ESTATES, INC.

_____

By: _Rafael Collazo_

Title: _President_

_____

Print Name: _Marianela Hernandez_

_____

Print Name: _Giovanny Alonso_

ALLIED ROOFING IND., INC.

_____

By: _Alexander A Garcia_

Title: _Vice President_

-15-

# Composite Exhibit "A"



2022, February 17                                                                                                Page 1 of 6

# ROOFING PROPOSAL/CONTRACT

| To: | Andy Villarreal | Job Name: | Parker Plaza Condominium |
|---|---|---|---|
| Address: | 2030 S Ocean Dr | Address: | 2030 S Ocean Dr |
| City, State: | Hallandale Beach, FL. | City, State: | Hallandale Beach, FL. |
| Phone: | 305.546.7862 | Buildings: | One (1) |

**IT IS OF EXTREME IMPORTANCE THAT YOU READ AND REVIEW THIS PROPOSAL IN ITS ENTIRETY TO UNDERSTAND OUR SCOPE, WHAT WE CAN AND CANNOT DO AND WHAT WE PROPOSE AS SUBSTITUTIONS AND/OR ALTERNATES TO PLANS, DETAILS AND SPECIFICATIONS.**

## Flat Roof Scope:

| | |
|---|---|
| Tear-off / Removal | Remove roofing material to a workable surface |
| Manufacturer's Warranty | __20__ Years    No dollar limit |
| Roofing System | __3__ Plies    *Cold Applied* |
| Base Ply | Soprema Sopralene 250 Sanded |
| Inter-Ply | Soprema Sopralene 180 Sanded |
| Cap Ply | Soprema Sopralene 180 FR GR |
| Surfacing | Gravel |
| Counter-flashing | Aluminum mill finish, surface mounted |
| Parapet flashing (standard) | All parapet/wall flashings will be terminated at 8" above the finished roof membrane, with termination bar and **Counter-flashing**, per manufacturer's details and specifications. |
| Drip Edge | Aluminum metal |
| Scupper | Aluminum metal |
| EXCLUSIONS | **Walk Pads, Coping Caps, Wood Nailers, Roof Hatch** |
| Penetrations flashings | Flashed per manufacturer's standard flashing details |
| Not to exceed these amounts | VTR (60), Electrical Conduits (26) |

- There will be no adjustment in price if there are less than the numbers quoted above.
- All penetrations, curbs, walls, parapets and other flashings require a minimum of 8" clearance above the finished roof membrane, as per Florida Building Code.

Roof area                                    See key plan

# Price        $1,461,807.<sup>00</sup>

_____                          _Alexander A. Garcia_
Print Name                                          Print Name

_____                          _____
Owner Purchaser Signature                        Allied Roofing Ind, Inc.

**Allied Roofing Ind, Inc.**

7400 Big Cypress Drive  * Miami Lakes, Florida 33014  * Phone: (305) 477-7810 Fax: (305) 594-9912  * CCC 1331911
Mailing Address * P.O. Box 669191 * Miami, Florida 33014



2022, February 17                                                         Page 2 of 6

Note: The construction industry has been facing many challenges as it navigates the shortages and cost increases to products/materials purchased. The past few months have seen steady growth in cost and all indications are the steady growth will continue. Placing an order for materials does not lock in pricing. Currently materials are taking anywhere from three to four months and sometimes longer. The cost of materials is when they ship not when the order is placed. Allied Roofing is making you aware that when we get confirmation the materials ship out and cost has increased those cost will be passed on the Owner.

Payment terms:

| $1,461,807.00 | Total Amount |
|---|---|
| $438,543 | At contract signing |
| $438,543 | At material loading |
| $438,543 | At 50% completion |
| $146,178 | At job completion |

Key Plan:



Special notes:

* These roofs do not have overflow scuppers. Drainage calculations will reveal the size and locations of the overflow scuppers. The cost of overflow scuppers is not included in this proposal.

_Rafael Collazo_
Print Name
_____
Owner Purchaser Signature

_Alexander A. Garcia_
Print Name
_____
Allied Roofing Ind, Inc.

**Allied Roofing Ind, Inc.**
7400 Big Cypress Drive  *  Miami Lakes, Florida 33014  *  Phone: (305) 477-7810 Fax: (305) 591-9012  * CCC 1331911
Mailing Address * P.O. Box 669191 * Miami, Florida 33014

2022, February 17                                                                Page 3 of 6

## Notes:

**GENERAL**

1. This proposal may be withdrawn by us if not accepted within 30 days.
2. Replacement and/or installation of Electrical, plumbing and HVAC penetrations shall be by others.
3. Allied Roofing has no control over material price increases, in the event of a natural disaster, Act of Terrorism, or an Act of God. As any additional cost, due to the aforementioned conditions will be passed on to the customer as they have been passed on to Allied Roofing.
4. Allied Roofing Ind, Inc disclaims any and all responsibility for pre-existing conditions including, but not limited to: structural damage or deficiencies, clogged drains, mold growth, excessive standing water, removal of hazardous material and interior damage as a result of existing leaks.

**INCLUDED**

1. Permit processing.
2. Permit Fees.
3. Roofing Licenses.
4. Allied Roofing's Standard insurance.
5. Applicable local and state sales tax.
6. Crane for hoisting and lowering of materials and equipment.
7. **5 years of Maintenance.**
8. **Cutting of temp. roof of remedial repairs**

**EXCLUDED**

1) All indicated in "EXCLUSIONS" of the scopes of work above.
2) Engineering calculations, other than the indicated above in inclusions.
3) Special permitting beyond the normal conditions for roofing.
4) Mechanical, Plumbing, Carpentry, Electrical, Masonry, and Painting work of any kind.
5) Unforeseen conditions not shown or indicated on the provided set of blueprints.
6) Unforeseen conditions implemented by the building department or building inspector.
7) All lightning protection is to be installed by others. Flashing of Lightning protection.
8) Payment & Performance Bond.
9) Certified payroll, DAVIS-BACON WAGES, MIAMI-DADE COUNTY RESPONSIBLE WAGES AND BENEFITS.

_____                              _____
Rafael Collazo                                      Alexander A. Garcia
Print Name                                          Print Name

_____                              _____
Owner Purchaser Signature                           Allied Roofing Ind, Inc.

**Allied Roofing Ind, Inc.**

7400 Big Cypress Drive * Miami Lakes, Florida 33014 * Phone: (305) 477-7810 Fax: (305) 594-9912 * CCC 1331911
Mailing Address * P.O. Box 669191 * Miami, Florida 33014



2022, February 17                                                                                                    Page 4 of 6

## TERMS AND CONDITIONS OF CONTRACT

Prior to executing this contract, read it thoroughly and verify that it does not contain any blank spaces. Upon execution, you are entitled to an original duplicate of this contract.

NO GUARANTEES SHALL APPLY UNTIL THE CONTRACT IS PAID-IN-FULL. In the event that there is a lapse of time between completion of the work and final payment, the guarantee, when issued, shall be dated as of the date work was completed.

In the performance of this agreement ALLIED ROOFING hereafter referred to as ALLIED, will not be responsible and shall be relieved of any liability for any damage caused by hail, tempest, hurricanes, gale winds, unusual weather conditions, or inherent defects in the premises on which work is to be done.

ANY LEGAL EXPENSES INCURRED BY ALLIED FOR COLLECTION OF THE CONTRACT PRICE OR ANY INSTALLMENTS DUE THEREUNDER SHALL BE PAID BY THE OWNER WHETHER SUIT BE FILED OR NOT. If money for work is lost on this project and/or location for work performed, under this contract where the lost results from specified violations of Florida Law by a State-Licensed Contractor, Allied Roofing may recover such funds from the Construction Industry Recovery Fund in accordance with Florida Construction Laws, Section 489.143.

All notices for guarantee work shall be made upon ALLIED in writing, by certified mail, ALLIED shall undertake any guarantee repairs within a reasonable time after written notice. Any work done or attempted to be done on the roof other than by ALLIED shall void the guarantee.

This contract only covers the work specifically set forth herein. The contract does not cover any additional work found necessary after commencement of the job. Owner agrees to execute any addendums to this contract necessary to cover the additional work.

ALLIED reserves the right to cease performing under this contract in the event that the owner fails to make any installment payment within 5 days its due date.

ALLIED shall be relieved of its obligation to timely perform under this contract in the event of material shortages, labor disputed or strikes beyond the control of ALLIED.

All payments due under this contract unless timely made shall bear interest at the maximum legal rate.

There are no representations either oral or written other than those set forth on this contract.

In the event that the owner notifies ALLIED that work can be commenced and ALLIED incurs expense by sending men to the job and it is determined that it is impossible for ALLIED to commence the work at that time, owner agrees in addition to the contract price, to compensate ALLIED at its current rate for the expenses incurred by ALLIED.

Prior to ALLIED commencing work, owner at owner's expense agrees to:

a.  Provide a clean roof deck free of rubbish, chips, nails and other foreign debris which shall be loosened and swept up and removed therefrom.

b.  All decks shall be properly graded to outlets and formed so as to drain all water from roof. In the event that it is necessary for ALLIED to provide any item stated above, owner agrees such shall be an extra and shall be paid for by the owner.

The contract pricing reflects ALLIED having access to eaves of roof for trucks and equipment, including cranes. Any work not specified is additional to the contract price.

If concealed or unknown physical conditions of an unusual nature (including asbestos) are encountered at any time, then ALLIED shall be entitled to an adjustment of the contract sum and time for any performance to the extent that the condition causes an increase in the cost, or time required for the completion of the work. Provided ALLIED promptly notifies the owner of the subject condition, it is agreed that ALLIED shall have no responsibility to correct the condition or complete any portion of the work dependent thereon, until an agreement regarding the equitable adjustment of the contract sum is reached by the parties.

No engineering calculations are included in the above contract price. If these are necessary to obtain permitting they are the responsibility of the property owner. If this changes the scope of the work, the price will be adjusted accordingly.

The removal and replacement of air conditioning units, ductwork and related electrical to facilitate replacement of this roof, is additional to the contract price and is the owner's responsibility.

All work is to be performed in a workman-like manner.

ALLIED will use caution when working; however, except for proven negligence, ALLIED cannot be held responsible and shall be relieved of any liability for interior or exterior damage to building, its contents or surrounding property including plaster (such as cracks, small pops, or water damage), paint, furnishings, personal belongings, lawns, shrubbery, sidewalks, driveways, sprinkler systems, water lines, septic tanks or lines, antennas, fiberglass or plastic roofs, screens or screen enclosures, pool, pool pumps, patios, washers, dryers, tools, vehicles, solar heaters, etc.

Except for the replacement of rotted or damaged wood which is performed under the woodwork clause above, ALLIED and the owner or its agent agree that this contract and price are based on the belief that the structure on which the work is to be performed is sound and built in accordance with local codes. Should work be needed for it to conform to the above, the owner will be given the option to stop the work and pay for work performed to that point or sign another agreement to perform the needed work before the work under this contract can be completed.

Please be advised, in the areas where you have open beam ceiling there may be light debris and small rocks sifting through the sheathing boards. Please take precautions to protect any items that you do not wish to be soiled. Any loose objects should be taken down or secured. Vehicles should not be left in garage or driveways while work is in progress.

Should the owner or tenant not be present a phone number where he or she can be contacted in case of emergency, must be left with ALLIED.

_Rafael Colmao_                                                  _Alexander A. Garcia_
Print Name                                                               Print Name

_signature_                                                              _signature_
Owner-Purchaser Signature                                   Allied Roofing Ind, Inc.

**Allied Roofing Ind, Inc.**

7400 Big Cypress Drive  * Miami Lakes, Florida 33014  * Phone: (305) 477-7840 Fax: (305) 594-9942  * CCC 1331911
Mailing Address * P.O. Box 669191 * Miami, Florida 33014



2022, February 17                                                                 Page 5 of 6

Owner will be responsible for painting or staining any new wood or metal.
We cannot assume responsibility for any damages done to the roof by plasterers, plumbers, electricians, air conditioning men, and/or any other tradesmen or persons.
Owner to be responsible for notifying ALLIED as to the location of septic tank.
In a re-roof or recover application of a Minimum Roof Covering or a Roof System Assembly, the new roof system shall be constructed in such a manner as to minimize ponding water. Should ponding water be present in the final application in an area greater that 5% of the total roof area.
Allied Roofing shall provide Owner and a copy to the Building Official advising of the existing ponding water.
This letter shall recommend a structural review and shall advise of the potential of premature deterioration of the roof membrane. Any alteration or deviation from the specification will become an extra charge and must be agreed to in writing by both parties.
If this agreement includes a guarantee you may assign said guarantee to a subsequent owner of this building for the remaining term only if: 1) The request is in writing within 180 days after ownership transfer; 2) You make any repairs to the roofing materials or building components that are identified by ALLIED after an inspection as necessary to preserve the integrity of the roofing materials; 3) You pay an assignment fee of $ 500.00. This Guarantee is NOT otherwise assignable, directly or indirectly.
This agreement constitutes the entire understanding of the parties and no other understanding shall be binding unless in writing and signed by both parties.

## LUMBER CHARGES:

| | |
|---|---|
| Furring Strip | $2.00 per lineal foot |
| Fascia Board 1" X 6" | $6.50 per lineal foot |
| Fascia Board 1" X 8" | $7.00 per lineal foot |
| Fascia Board 2" X 4" | $7.50 per lineal foot |
| Fascia Board 2" X 8" | $9.00 per lineal foot |
| Tongue & Groove 1" X 6" Sheathing | $3.50 per lineal foot |
| Plywood 5/8" Sheathing | $3.50 per square foot |
| Plywood 3/4" Sheathing | $4.50 per square foot |
| T - 111 1/2" Sheathing | $5.00 per square foot |
| T - 111 5/8" Sheathing | $5.50 per square foot |
| T - 111 Pressure Treated | $6.00 per square foot |
| Truss Reinforcement 2" X 4" | $6.50 per lineal foot |
| Truss Reinforcement 2" X 6" | $7.50 per lineal foot |
| Truss Reinforcement 2" X 8" | $9.50 per lineal foot |

Note: all pressure treated fascia or trusses will be an additional $0.50 per lineal foot. All cedar wood will be an additional $3.00 per lineal foot.

## CONSTRUCTION INDUSTRIES RECOVERY FUND:

PAYMENT MAY BE AVAILABLE FROM THE CONSTRUCTION INDUSTRIES RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE-LICENSED CONTRACTOR. FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS:

Florida Construction Industry Licensing Board
7960 Arlington Expressway, Suite 300
Jacksonville, Florida 32211-7467
Phone: (904) 727-6530

Print Name                                                    Print Name

Owner-Purchaser Signature                    Allied Roofing Ind, Inc.

Allied Roofing Ind. Inc.

7400 Big Cypress Drive  * Miami Lakes, Florida 33014  * Phone: (305) 477-7810 Fax: (305) 594-9942  * CCC 1331911
Mailing Address * P.O. Box 669494 * Miami, Florida 33014



2022, February 17                                                                    Page 6 of 6

## 713.015

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW_ (SECTION 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL, HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS OR MATERIAL SUPPLIERS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT EVEN IF YOU ALREADY PAID YOUR CONTRACTOR IN FULL.IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY.THIS MEAN IF A LIEN IS FILED, YOUR PROPERTY COULD BE SOLD AGAINST YOU'RE YOUR WILL TO PAY FOR LABOR, MATERIALS OR OTHER SERVICES_THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY. TO PROTECT YOURSELF, YOU SHOULD STIPULATE IN THIS CONTRACT THAT BEFORE ANY PAYMENT IS MADE, YOUR CONTRACTOR IS REQUIRED TO PROVIDE YOU WITH A WRITTEN RELEASE OF LIEN FROM ANY PERSON OR COMPANY THAT HAS PROVIDED TO YOU A "NOTICE TO OWNER". FLORIDA'S ONSTRUCTION LIEN IS COMPLEX AND IT IS RECOMMENDED THAT YOU CONSULT AN ATTORNEY

**Acceptance of Agreement-** The above prices, specifications, and conditions are satisfactory and are hereby accepted, You are authorized to do the work as specified. Payment will be made as outlined.

_____                          _____
Print Name                                        Print Name

_____                          _____
Owner Purchaser Signature                         Allied Roofing Ind, Inc.

Allied Roofing Ind, Inc.

7400 Big Cypress Drive  * Miami Lakes, Florida 33014  * Phone: (305) 477-7810 Fax: (305) 594-9912  * CCC 1331911
Mailing Address * P.O Box 669191 * Miami, Florida 33014

# Composite Exhibit "B"

# Exhibit "C"

# CERTIFICATE OF LIABILITY INSURANCE

**ACORD®**

| DATE (MM/DD/YYYY) |
|---|
| 02/17/2022 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: MARIO PELEGRI |
|---|---|
| Intelinsurance, Inc. | PHONE (A/C, No, Ext): (305) 666-1442  FAX (A/C, No): (305) 666-1405 |
| 4970 SW 72 Ave Suite 107 | E-MAIL ADDRESS: inteli@inteli-insurance.com |
| Miami, FL 33155 | |
| Phone  (305) 666-1442       Fax (305) 666-1405 | INSURER(S) AFFORDING COVERAGE  NAIC # |

| INSURED | INSURER A : Security National Insurance Company | 19879 |
|---|---|---|
| ALLIED ROOFING IND. INC. | INSURER B : | |
| 7400 BIG CYPRESS DRIVE | INSURER C : Security National Insurance Company | 19879 |
| MIAMI LAKES, FL 33014 | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | ☑ COMMERCIAL GENERAL LIABILITY ☐ CLAIMS-MADE ☑ OCCUR ☑ PER PROJECT | Y | Y | SES1794634-01 | 10/02/2021 | 10/02/2022 | EACH OCCURRENCE | $ 1,000,000.00 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000.00 |
| | | | | | | | MED EXP (Any one person) | $ 5,000.00 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000.00 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☑ PRO-JECT ☐ LOC ☐ OTHER | | | | | | GENERAL AGGREGATE | $ 2,000,000.00 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000.00 |
| | | | | | | | PER PROJECT | $ 5,000,000.00 |
| | AUTOMOBILE LIABILITY ☐ ANY AUTO ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| C | UMBRELLA LIAB ☑ OCCUR ☑ EXCESS LIAB ☐ CLAIMS-MADE ☐ DED ☐ RETENTION $ | Y | Y | EXS1540447-01 | 10/02/2021 | 10/02/2022 | EACH OCCURRENCE | $ 3,000,000.00 |
| | | | | | | | AGGREGATE | $ 3,000,000.00 |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | Y/N | | | | ☐ PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)**

ROOFING GENERAL CONTRACTOR - 7400 BIG CYPRESS DRIVE, MIAMI LAKES, FL 33014
ADDITIONAL INSURED: CONDOMINIUM ASSOC. PARKER PLAZA  ESTATES, INC.
JOB: 220203
PARKER PLAZA CONDOMINIUM
2030 SOUTH OCEAN DRIVE
HALLANDALE, FL. 33009

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| CONDOMINIUM ASSOC. PARKER PLAZA ESTATES, INC. 2030 SOUTH OCEAN DRIVE HALLANDALE, FL. 33009 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE   MARIO PELEGRI |

ACORD 25 (2016/03) QF

© 1988-2015 ACORD CORPORATION.  All rights reserved.
The ACORD name and logo are registered marks of ACORD

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
02/17/2022

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | | CONTACT NAME: | Amanda Nogues | | |
|---|---|---|---|---|---|
| Eastern Insurance Group, Inc. | | PHONE (A/C, No, Ext): | (305) 595-3323 | FAX (A/C, No): | (305) 595-7135 |
| 7400 SW 50th Terrace | | E-MAIL ADDRESS: | amanda@easterninsurance.net | | |
| Suite 100 | | | | | |
| Miami                           FL  33155 | | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| INSURED | | INSURER A : Bridgefield Casualty Insurance | | | 10335 |
| Allied Roofing Ind, Inc. | | INSURER B : | | | |
| 7050 NW 42 Street | | INSURER C : | | | |
| | | INSURER D : | | | |
| Miami                           FL  33166 | | INSURER E : | | | |
| | | INSURER F : | | | |

## COVERAGES          CERTIFICATE NUMBER:  Master 21-22                    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE  ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y/N  ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N | N / A | 196-47651 | 12/10/2021 | 12/10/2022 | ☒ PER STATUTE  ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
JOB:    220203
PARKER PLAZA CONDOMINIUM
2030 SOUTH OCEAN DRIVE
HALLANDALE, FL. 33009

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| CONDOMINIUM ASSOC. PARKER PLAZA  ESTATES, INC.<br>2030 SOUTH OCEAN DRIVE<br>HALLANDALE          FL  33009 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION.  All rights reserved.
The ACORD name and logo are registered marks of ACORD

# ACORD®

## CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
02/18/2022

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: VANESSA PLACIDO |
|---|---|
| STATE FARM INSURANCE COMPANY | PHONE (A/C, No, Ext): 305-386-7170   FAX (A/C, No): 305-386-6571 |
| PJ PINTO INSURANCE AGENCY | E-MAIL ADDRESS: VANESSA@PETERPINTO.COM |
| 15058 SW 56 ST | |
| MIAMI                             FL 33185 | INSURER(S) AFFORDING COVERAGE   NAIC # |
| INSURED | INSURER A: State Farm Mutual Automobile Insurance Company   25178 |
| ALLIED ROOFING IND.,INC | INSURER B: |
| 7050 NW 42ND ST | INSURER C: |
| | INSURER D: |
| MIAMI                             FL 33166 | INSURER E: |
| | INSURER F: |

## COVERAGES          CERTIFICATE NUMBER:                    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | OTHER: | | | | | | | $ |
| A | AUTOMOBILE LIABILITY | | | G74 5637-C18-59 | 09/18/2021 | 09/18/2022 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | ☒ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☒ HIRED AUTOS ONLY ☒ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY   Y / N | | | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ (Mandatory in NH) | N / A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

JOB:  220203
      PARKER PLAZA CONDOMINIUM
      2030 SOUTH OCEAN DRIVE
      HALLANDALE, FL. 33009

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| CONDOMINIUM ASSOC. PARKER PLAZA ESTATES, INC | |
| 2030 SOUTH OCEAN DRIVE | AUTHORIZED REPRESENTATIVE |
| HALLANDALE          FL 33009 | Completed by an authorized State Farm representative. If signature is required, please contact a State Farm agent. |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

1001486 132849.13 04-22-2020

# Composite Exhibit "D"

# Exhibit "E"

# ALLIED ROOFING IND. INC.

## Material and Labor Warranty

Allied Roofing Ind. Inc. ("Allied") warrants to Condominium Association of Parker Plaza Estates, Inc., its workmanship and material furnished for the three plies (base bly, inter-ply, and cap-ply) roofing system for a period of Ten (10) years from the date of completion for the work performed at **Parker Plaza Estates Condominium**. Allied guarantees that all materials were applied as per label instructions in accordance with the manufacturer's recommendations.  This warranty covers any cracking or other deterioration of the three plies caused directly by poor workmanship or defective materials.  This warranty only covers the areas repaired by Allied and excludes any defects caused by windstorms, strikes, riots, acts of God, shortages of labor, quality of materials, war, fire, governmental laws or regulations or any other extraordinary causes that are beyond Allied's control. Allied will provide all labor and material necessary to repair any defects on a non-prorated basis at no charge to the purchaser which occur during the applicable warranty periods.

**Purchaser:**


Effective Date:


Authorized Signature: _____ Date:

Allied Roofing Ind. Inc.


Allied Roofing Ind. Inc. 7400 Big Cypress Dr, Miami Lakes, Florida 33014



2022, March 23                                                    Page 1 of 6

# ROOFING PROPOSAL/CONTRACT

| To: | Rafael Collazo | Job Name: | Parker Plaza Condominium |
|---|---|---|---|
| Address: | 2030 S Ocean Dr | Address: | 2030 S Ocean Dr |
| City, State: | Hallandale Beach, FL. | City, State: | Hallandale Beach, FL. |
| Phone: | 305.546.7862 | Buildings: | One (1) |

**IT IS OF EXTREME IMPORTANCE THAT YOU READ AND REVIEW THIS PROPOSAL IN ITS ENTIRETY TO UNDERSTAND OUR SCOPE, WHAT WE CAN AND CANNOT DO AND WHAT WE PROPOSE AS SUBSTITUTIONS AND/OR ALTERNATES TO PLANS, DETAILS AND SPECIFICATIONS.**

## Flat Roof Scope:

| | |
|---|---|
| **Tear-off / Removal** | Remove roofing material to a workable surface |
| **Manufacturer's Warranty** | <u>20</u> Years    No dollar limit |
| **Roofing System** | <u>3</u> Plies    Cold Applied |
| **Base Ply** | Soprema Sopralene 250 Sanded |
| **Inter-Ply** | Soprema Sopralene 180 Sanded |
| **Cap Ply** | Soprema Sopralene 180 FR GR |
| **Surfacing** | Gravel |
| **Counter-flashing** | Aluminum mill finish, surface mounted |
| **Parapet flashing (standard)** | All parapet/wall flashings will be terminated at 8" above the finished roof membrane, with termination bar and **Counter-flashing**, per manufacturer's details and specifications. |
| **Drip Edge** | Aluminum metal |
| **Scupper** | Aluminum metal |
| **EXCLUSIONS** | **Walk Pads, Coping Caps, Wood Nailers, Roof Hatch** |
| **Penetrations flashings** | Flashed per manufacturer's standard flashing details |
| **Not to exceed these amounts** | VTR **(60)**, Electrical Conduits **(26)** |

- There will be no adjustment in price if there are less than the numbers quoted above.
- **All penetrations, curbs, walls, parapets and other flashings require a minimum of 8" clearance above the finished roof membrane, as per Florida Building Code.**

Roof area                See key plan

# Price      $1,461,807.⁰⁰

_____                          _____
Rafael Collazo                                                   Print Name
Print Name                                     ALEXANDER A. GARCIA
_____                          _____
Owner/Purchaser/Customer                              Allied Roofing Ind, Inc.

**Allied Roofing Ind, Inc.**
7400 Big Cypress Drive  * Miami Lakes, Florida 33014  * Phone: (305) 477-7810 Fax: (305) 594-9912  * CCC 1331911
Mailing Address * P.O. Box 669191 * Miami, Florida 33014

EXHIBIT "C"

N



2022, March 23

> **Note:** The construction industry has been facing many challenges as it navigates the shortages and cost increases to products/materials purchased. The past few months have seen steady growth in cost and all indications are the steady growth will continue. Placing an order for materials does not lock in pricing. Currently materials are taking anywhere from three to four months and sometimes longer. The cost of materials is when they ship not when the order is placed. Allied Roofing is making you aware that when we get confirmation the materials ship out and cost has increased those cost will be passed on the Owner.

## Payment terms:

| $1,461,807.$^{00}$ | Total Amount |
|---|---|
| $438,543 | At contract signing |
| $438,543 | At material loading |
| $438,543 | At 50% completion |
| $146,178 | At job completion |

## Key Plan:



## Special notes:

* These roofs do not have overflow scuppers. Drainage calculations will reveal the size and locations of the overflow scuppers. The cost of overflow scuppers is not included in this proposal.

Rafael Collazo
_____
Print Name

_____
Owner Purchaser Signature

Alexander A. Garcia
_____
Print Name

_____
Allied Roofing Ind, Inc.



2022, March 23

## Notes:

**GENERAL**

1. This proposal may be withdrawn by us if not accepted within 30 days.
2. Replacement and/or installation of Electrical, plumbing and HVAC penetrations shall be by others.
3. Allied Roofing has no control over material price increases, in the event of a natural disaster, Act of Terrorism, or an Act of God. As any additional cost, due to the aforementioned conditions will be passed on to the customer as they have been passed on to Allied Roofing.
4. Allied Roofing Ind, Inc disclaims any and all responsibility for pre-existing conditions including, but not limited to: structural damage or deficiencies, clogged drains, mold growth, excessive standing water, removal of hazardous material and interior damage as a result of existing leaks.

**INCLUDED**

1. Permit processing.
2. Permit Fees.
3. Roofing Licenses.
4. Allied Roofing's Standard insurance.
5. Applicable local and state sales tax.
6. Crane for hoisting and lowering of materials and equipment.
7. 5 years of Maintenance.
8. Cutting of temp. roof of remedial repairs

**EXCLUDED**

1) All indicated in "EXCLUSIONS" of the scopes of work above.
2) Engineering calculations, other than the indicated above in inclusions.
3) Special permitting beyond the normal conditions for roofing.
4) Mechanical, Plumbing, Carpentry, Electrical, Masonry, and Painting work of any kind.
5) Unforeseen conditions not shown or indicated on the provided set of blueprints.
6) Unforeseen conditions implemented by the building department or building inspector.
7) All lightning protection is to be installed by others. Flashing of Lightning protection.
8) Payment & Performance Bond.
9) Certified payroll, DAVIS-BACON WAGES, MIAMI-DADE COUNTY RESPONSIBLE WAGES AND BENEFITS.

Rafael Collazo

Print Name

Owner/Principal Signature

Print Name

ALEXANDER A. GARCIA

Allied Roofing Ind, Inc.

**Allied Roofing Ind, Inc.**

7400 Big Cypress Drive * Miami Lakes, Florida 33014 * Phone: (305) 477-7810 Fax: (305) 594-9912 * CCC 1331911

Mailing Address * P.O. Box 669191 * Miami, Florida 33014



2022, March 23

## TERMS AND CONDITIONS OF CONTRACT

Prior to executing this contract, read it thoroughly and verify that it does not contain any blank spaces. Upon execution, you are entitled to an original duplicate of this contract.

NO GUARANTEES SHALL APPLY UNTIL THE CONTRACT IS PAID-IN-FULL. In the event that there is a lapse of time between completion of the work and final payment, the guarantee, when issued, shall be dated as of the date work was completed.

In the performance of this agreement ALLIED ROOFING  hereafter referred to as ALLIED, will not be responsible and shall be relieved of any liability for any damage caused by hail, tempest, hurricanes, gale winds, unusual weather conditions, or inherent defects in the premises on which work is to be done.

ANY LEGAL EXPENSES INCURRED BY ALLIED FOR COLLECTION OF THE CONTRACT PRICE OR ANY INSTALLMENTS DUE THEREUNDER SHALL BE PAID BY THE OWNER WHETHER SUIT BE FILED OR NOT. If money for work is lost on this project and/or location for work performed, under this contract where the lost results from specified violations of Florida Law by a State-Licensed Contractor, Allied Roofing may recover such funds from the Construction Industry Recovery Fund in accordance with Florida Construction Laws, Section 489.143.

All notices for guarantee work shall be made upon ALLIED in writing, by certified mail. ALLIED shall undertake any guarantee repairs within a reasonable time after written notice. Any work done or attempted to be done on the roof other than by ALLIED shall void the guarantee.

This contract only covers the work specifically set forth herein. The contract does not cover any additional work found necessary after commencement of the job. Owner agrees to execute any addendums to this contract necessary to cover the additional work.

ALLIED reserves the right to cease performing under this contract in the event that the owner fails to make any installment payment within 5 days its due date.

ALLIED shall be relieved of its obligation to timely perform under this contract in the event of material shortages, labor disputed or strikes beyond the control of ALLIED.

All payments due under this contract unless timely made shall bear interest at the maximum legal rate.

There are no representations either oral or written other than those set forth on this contract.

In the event that the owner notifies ALLIED that work can be commenced and ALLIED incurs expense by sending men to the job and it is determined that it is impossible for ALLIED to commence the work at that time, owner agrees in addition to the contract price, to compensate ALLIED at its current rate for the expenses incurred by ALLIED.

Prior to ALLIED commencing work, owner at owner's expense agrees to:

a. Provide a clean roof deck free of rubbish, chips, nails and other foreign debris which shall be loosened and swept up and removed therefrom.

b. All decks shall be properly graded to outlets and formed so as to drain all water from roof. In the event that it is necessary for ALLIED to provide any item stated above, owner agrees such shall be an extra and shall be paid for by the owner.

The contract pricing reflects ALLIED having access to eaves of roof for trucks and equipment, including cranes. Any work not specified is additional to the contract price.

If concealed or unknown physical conditions of an unusual nature (including asbestos) are encountered at any time, then ALLIED shall be entitled to an adjustment of the contract sum and time for any performance to the extent that the condition causes an increase in the cost, or time required for the completion of the work. Provided ALLIED promptly notifies the owner of the subject condition, it is agreed that ALLIED shall have no responsibility to correct the condition or complete any portion of the work dependent thereon, until an agreement regarding the equitable adjustment of the contract sum is reached by the parties.

No engineering calculations are included in the above contract price. If these are necessary to obtain permitting they are the responsibility of the property owner. If this changes the scope of the work, the price will be adjusted accordingly.

The removal and replacement of air conditioning units, ductwork and related electrical to facilitate replacement of this roof, is additional to the contract price and is the owner's responsibility.

All work is to be performed in a workman-like manner.

ALLIED will use caution when working; however, except for proven negligence, ALLIED cannot be held responsible and shall be relieved of any liability for interior or exterior damage to building, its contents or surrounding property including plaster (such as cracks, small pops, or water damage), paint, furnishings, personal belongings, lawns, shrubbery, sidewalks, driveways, sprinkler systems, water lines, septic tanks or lines, antennas, fiberglass or plastic roofs, screens or screen enclosures, pool, pool pumps, patios, washers, dryers, tools, vehicles, solar heaters, etc.

Except for the replacement of rotted or damaged wood which is performed under the woodwork clause above, ALLIED and the owner or its agent agree that this contract and price are based on the belief that the structure on which the work is to be performed is sound and built in accordance with local codes. Should work be needed for it to conform to the above, the owner will be given the option to stop the work and pay for work performed to that point or sign another agreement to perform the needed work before the work under this contract can be completed.

Please be advised, in the areas where you have open beam ceiling there may be light debris and small rocks sifting through the sheathing boards.  Please take precautions to protect any items that you do not wish to be soiled.  Any loose objects should be taken down or secured. Vehicles should not be left in garage or driveways while work is in progress.

Should the owner or tenant not be present a phone number where he or she can be contacted in case of emergency, must be left with ALLIED.

# Rafael collazo

Print Name | Print Name

Owner Purchaser Signature | ALEXANDER A. GARCIA
| Allied Roofing Ind, Inc.



2022, March 23

Owner will be responsible for painting or staining any new wood or metal.
We cannot assume responsibility for any damages done to the roof by plasterers, plumbers, electricians, air conditioning men, and/or any other tradesmen or persons.
Owner to be responsible for notifying ALLIED as to the location of septic tank.
In a re-roof or recover application of a Minimum Roof Covering or a Roof System Assembly, the new roof system shall be constructed in such a manner as to minimize ponding water. Should ponding water be present in the final application in an area greater that 5% of the total roof area,
Allied Roofing shall provide Owner and a copy to the Building Official advising of the existing ponding water.
This letter shall recommend a structural review and shall advise of the potential of premature deterioration of the roof membrane. Any alteration or deviation from the specification will become an extra charge and must be agreed to in writing by both parties.
If this agreement includes a guarantee you may assign said guarantee to a subsequent owner of this building for the remaining term only if: 1) The request is in writing within 180 days after ownership transfer; 2) You make any repairs to the roofing materials or building components that are identified by ALLIED after an inspection as necessary to preserve the integrity of the roofing materials; 3) You pay an assignment fee of $ 500.00.  This Guarantee is NOT otherwise assignable, directly or indirectly.
This agreement constitutes the entire understanding of the parties and no other understanding shall be binding unless in writing and signed by both parties.

## LUMBER CHARGES:

| | |
|---|---|
| Furring Strip | $2.00 per lineal foot |
| Fascia Board 1" X 6" | $6.50 per lineal foot |
| Fascia Board 1" X 8" | $7.00 per lineal foot |
| Fascia Board 2" X 4" | $7.50 per lineal foot |
| Fascia Board 2" X 8" | $9.00 per lineal foot |
| Tongue & Groove 1" X 6" Sheathing | $3.50 per lineal foot |
| Plywood 5/8" Sheathing | $3.50 per square foot |
| Plywood 3/4" Sheathing | $4.50 per square foot |
| T - 111 1/2" Sheathing | $5.00 per square foot |
| T - 111 5/8" Sheathing | $5.50 per square foot |
| T - 111 Pressure Treated | $6.00 per square foot |
| Truss Reinforcement 2" X 4" | $6.50 per lineal foot |
| Truss Reinforcement 2" X 6" | $7.50 per lineal foot |
| Truss Reinforcement 2" X 8" | $9.50 per lineal foot |

Note: all pressure treated fascia or trusses will be an additional $0.50 per lineal foot. All cedar wood will be an additional $3.00 per lineal foot.

## CONSTRUCTION INDUSTRIES RECOVERY FUND:

PAYMENT MAY BE AVAILABLE FROM THE CONSTRUCTION INDUSTRIES RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE-LICENSED CONTRACTOR. FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS:

Florida Construction Industry Licensing Board
7960 Arlington Expressway, Suite 300
Jacksonville, Florida 32211-7467
Phone: (904) 727-6530

Rafael Collazo
_____
Print Name

_____
Owner Purchaser Signature

_____
Print Name

ALEXANDER A. GARCIA
_____
Allied Roofing Ind, Inc.



2022, March 23

## 713.015

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW_ (SECTION 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL, HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS OR MATERIAL SUPPLIERS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT EVEN IF YOU ALREADY PAID YOUR CONTRACTOR IN FULL.IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY.THIS MEAN IF A LIEN IS FILED, YOUR PROPERTY COULD BE SOLD AGAINST YOU'RE YOUR WILL TO PAY FOR LABOR, MATERIALS OR OTHER SERVICES_THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY. TO PROTECT YOURSELF, YOU SHOULD STIPULATE IN THIS CONTRACT THAT BEFORE ANY PAYMENT IS MADE, YOUR CONTRACTOR IS REQUIRED TO PROVIDE YOU WITH A WRITTEN RELEASE OF LIEN FROM ANY PERSON OR COMPANY THAT HAS PROVIDED TO YOU A "NOTICE TO OWNER". FLORIDA'S ONSTRUCTION LIEN IS COMPLEX AND IT IS RECOMMENDED THAT YOU CONSULT AN ATTORNEY

**Acceptance of Agreement-** The above prices, specifications, and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined.

Rafael collazo
_____
Print Name

_____
Owner Purchaser Signature

_____
Print Name
ALEXANDER A. GARCIA
_____
Allied Roofing Ind, Inc.

Allied Roofing Ind, Inc.

---------- Forwarded message ---------
From: **Pavel Moreff** <pmoreff@gmail.com>
Date: Mon, Apr 25, 2022 at 10:48 AM
Subject: Fwd: Roof Project review by Pavel Moreff
To: Kelli gmail <kelli.roiter@gmail.com>, Peter Zicherman <peter@zicherman.com>, Feliks Fleysan <fafsa777@aol.com>, Joseph Meynekhdrun <joseph.meynekhdrun@gmail.com>


FYI,
In this version to all Board members I added my suggestion regarding the Owner Representative(Andy). Let's see the Board's reaction and good intention to fix the problems regarding capital improvement projects. I am open for any open discussions and  cooperation to improve our home.

---------- Forwarded message ---------
From: **Pavel Moreff** <pmoreff@gmail.com>
Date: Mon, Apr 25, 2022 at 10:42 AM
Subject: Roof Project review by Pavel Moreff
To: Parker Plaza Board of Directors <bod@parkerplaza.org>, Parker Plaza Manager <manager@parkerplaza.org>, Rafael Collazo <president@parkerplaza.org>, <treasurer@parkerplaza.org>, <secretary@parkerplaza.org>, <akaprotection@gmail.com>, Diego Leiva <dleiva03@gmail.com>, Michael Fagan <Michaelfagan@mac.com>, <jeff@atlanticagency.com>, <rafael06766@att.net>, <jenn@palladin.net>, <roppen626@gmail.com>, <mmjspromo@rogers.com>, <glandau@copidatainc.com>, Matthew R. Maranges <matt@pbmlegal.net>


Dear Board Members,
I have completed my review of the Roof Project(see in attachments) which I decided to circulate to **ALL** Board members for evaluation. I hope that my suggestions will be answered and procedural changes will be made. I have attached some reference documents(other than insurance emails) to make it easier to verify by Board members who are not engineers or contractors. I hope that the Board will have a deep discussion at today's closed Board meeting and establish the internal procedural discipline to avoid waste and improve the reputation in the Parker Plaza community.
You can call me at any time if have any questions at: 917-596-2325

Sincerely,
Pavel Moreff


--
*Joseph Meynekhdrun*
*VP of the Board of Managers*
*Brightwater Towers Condominium*

---

**6 attachments**

**EXHIBIT "D"**



**Minium R-Value Requirements for Insulation Entirely Above the Roof Deck.JPG**
185K

**Notice of Open Board Meeting 2_8_2022.JPG**
124K

**Proposal Parker Plaza Allied Cond 2022-02-08.pdf**
513K

**Roof Contract Review by Pavel Moreff.pdf**
294K

**Proposal Allied 2022-3-23.pdf**
1643K

**Salomon-Parker Plaza Roof Proposal 2-7-2022.pdf**
582K

---

**Pavel Moreff** <pmoreff@gmail.com>                                        Sat, Oct 8, 2022 at 12:16 PM
To: Simon Sherman <s.sherman2030@gmail.com>, Joseph Meynekhdrun <joseph.meynekhdrun@gmail.com>

As requested

[Quoted text hidden]

---

**6 attachments**



**Minium R-Value Requirements for Insulation Entirely Above the Roof Deck.JPG**
185K



**Notice of Open Board Meeting 2_8_2022.JPG**
124K

**Proposal Parker Plaza Allied Cond 2022-02-08.pdf**
513K

**Roof Contract Review by Pavel Moreff.pdf**
294K

**Proposal Allied 2022-3-23.pdf**
1643K

**Salomon-Parker Plaza Roof Proposal 2-7-2022.pdf**
582K