UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-61638-CIV-DIMITROULEAS

CONDOMINIUM ASSOCIATION OF
PARKER PLAZA ESTATES, INC.,

    Plaintiff,

v.

PAVEL MOREFF and SIMON
SHERMAN,

    Defendants.

**AGREED ORDER ON PLAINTIFF'S EXPEDITED VERIFIED RULE 56(D)
MOTION TO DEFER AND STAY DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT [ECF No. 36-39] PENDING DISCOVERY,
IN LIEU OF RESPONDING TO MOTION FOR SUMMARY MOTION**

THIS CAUSE having come before the Court on Plaintiff, Condominium Association Of Parker Plaza Estates, Inc.'s ("Plaintiff") Expedited Verified Rule 56(d) Motion To Defer And Stay Defendants' Motion For Summary Judgment [ECF Nos. 36-39] Pending Discovery, in Lieu of Responding to Motion for Summary Judgment, filed May 15, 2023 ("Motion") [DE 44]. The Court having reviewed the file, being advised that the motion to defer and stay is unopposed, and being otherwise fully advised in the Premises, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    The Motion [DE 44] is hereby **GRANTED, IN PART** only to the extent it modifies the timeframes set forth in the Motion.

    2.    Pursuant to Fed. R. Civ. P. 56(d), the Court **STAYS AND DEFERS RULING** on Defendants, Simon Sherman and Pavel Moreff's ("Defendants") Motion for Summary Judgment [DE's 36-39] to permit Plaintiff to undertake discovery and to submit its response to the summary

judgment motion, which response shall be due on or before **September 5, 2023**. The Clerk shall **TERMINATE** the Motion for Summary Judgment [DE's 36-39] for statistical purposes.

3.  Defendants shall have 30 days from the date of this Order to provide the documents responsive to the Requests for Production attached to the instant Verified Motion or to submit any objection to the these discovery requests. Discovery has been referred to Magistrate Judge Patrick Hunt. *See* [DE 43].

4.  Plaintiff is not limited to the aforementioned discovery to undertake the response to the summary judgment motion.

5.  All other scheduled dates, *see* [DE 43] will remain in effect.

**DONE AND ORDERED** in the Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of May, 2023.

/s/ William P. Dimitrouleas
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished:

All counsel of record