EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No. 22-61638-CIV-DIMITROULEAS

CONDOMINIUM ASSOCIATION OF
PARKER PLAZA ESTATES, INC.,

    Plaintiff,

v.

PAVEL MOREFF and SIMON
SHERMAN,

    Defendants.

### DEFENDANT, SIMON SHERMAN'S, RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REQUESTED TO BE PROVIDED ON AN EXPEDITED BASIS

Defendant, SIMON SHERMAN ("Sherman"), by and through undersigned counsel, hereby objects and responds to Plaintiff, CONDOMINIUM ASSOCIATION OF PARKER PLAZA ESTATES, INC.'s ("Plaintiff"), First Request for Production of Documents Requested to be Provided on an Expedited Basis (the "Document Request"), and states as follows:

### GENERAL OBJECTIONS

1.    Sherman objects to the Document Request to the extent it seeks documents/information not in his possession, custody or control.

2. Sherman objects to the Document Request to the extent it seeks documents/information which are publicly or otherwise available and/or uniquely or equally available from third parties, including Plaintiff.

3. Sherman objects to the Document Request insofar as it seeks documents/information that do not specifically refer to the events which are the subject matter of this litigation.

4. Sherman objects to the Document Request to the extent it seeks documents/information prepared in anticipation of litigation, protected by the attorney-client privilege, the work-product privilege, and any other privilege, protection, or immunity applicable under the governing law.

5. Sherman objects to the Document Request to the extent it is overly broad, unduly burdensome, oppressive, and/or seek documents/information that are not relevant to the issues in this proceeding, or reasonably calculated to lead to the discovery of admissible evidence.

6. Sherman objects to the Document Request to the extent it contains any express or implied assumptions of fact or law concerning matters at issue in this litigation.

7. Sherman does not waive their right to object, on any and all grounds, to (1) the evidentiary use of the information contained in this Response; and (2) discovery requests relating to this Response.

8. Sherman is providing this Response based upon terms as they are commonly understood, and consistent with the Federal Rules Civil Procedure. Sherman objects to, and will refrain from, extending or modifying any words employed in the Document Request to comport with expanded definitions or instructions.

9. Sherman submits his responses and objections without conceding the relevancy or materiality of the subject matter of any request or of any document, or that any responsive materials exist.

10. The inadvertent production or disclosure of any privileged documents or information shall not constitute or be deemed a waiver of any applicable privilege with respect to such document (or the contents or subject matter thereof) or with respect to any such other document or discovery now or hereafter requested or provided.

11. This Response has been prepared on the basis of information now known to Sherman, and the objections and responses contained herein are made without waiving any further objections to, or admitting the relevancy or materiality of, any of the information requested. Sherman's investigation, discovery, and preparation for this proceeding are continuing, and this Response is being provided without prejudice to Sherman s right to introduce or object to the discovery of any documents, facts, or information discovered after the date hereof.

12. Sherman reserves the right to supplement/amend this Response.

## REQUESTS FOR PRODUCTION

1. All communications disseminated from "Parker Plaza" pploudspeaker@gmail.com.

**Response**: This Request is overly broad and unduly burdensome. It does not contain a timeframe, nor does it define what documents "disseminated" from the above email address are related to, or regarding. By way of example, someone could have sent an email from the above-referenced email address asking his wife what time dinner was, or who won the Miami Dolphins' football game, and such documents would be responsive to this impermissible fishing expedition. This Request is also objected to because is not relevant to any party's claim or defense. As noted above, an email could have been "disseminated" from the above email address about any topic whatsoever, at any time.

2. All communications disseminated from ssherm@unmc.edu related to the Association.

**Response**: This Request is overly broad and unduly burdensome. It does not contain a timeframe. Moreover, the phrase "related to the Association" is not narrowly tailored, which also results in this Request as being objectionable because it is not relevant to any party's claim or defense. This email address has been Mr. Sherman's personal and/or work

email for approximately thirty (30) years.  He could have emailed his wife about getting their car from the Association parking lot, and such would be responsive this Request.

3.      All communications disseminated from ssherm@unmc.edu related to the Association.

**Response**: This Request is overly broad and unduly burdensome.  It does not contain a timeframe.  Moreover, the phrase "related to the Association" is not narrowly tailored, which also results in this Request as being objectionable because it is not relevant to any party's claim or defense.  This email address has been Mr. Sherman's personal email address for years.  He could have emailed his wife about getting their car from the Association parking lot, and such would be responsive this Request.

4.      All Facebook Posts posted in the Sherman Facebook Group by "Parker Plaza" pploudspeaker@gmail.com, ssherm@unmc.edu, s.sherman2030@gmail.com, or any other account you own or manage.

**Response**:  Responsive documents are being produced contemporaneously herewith at Bates 1 through 840.

5.      All documents relating to the proper publication and registration, and the ownership and authorization to use the fictitious name PARKER PLAZA ESTATES and all instances of use of use of said fictitious name.

**Response**: No such documents are in Mr. Sherman's possession, custody, or control.

6.      All documents reflecting all communications, including emails, letters, and social media posts, sent by Sherman with the display name PARKER PLAZA to the members and nonmembers of the Association including but not limited to any communication in response from members that received said communications who indicated being confused as to whether the communications with the display name PARKER PLAZA were sent on behalf of the Association or not.

**Response:** Responsive documents are being produced contemporaneously herewith at Bates 1 through 840.

7.      All email communications disseminated regarding any "GoFundMe" page or

account of which you are the organizer or promoter relating in any way to the Parker Plaza or its Association.

**Response**: Any email communications regarding any "GoFundMe" page or account has nothing to do with any party's claim or defense and, is therefore, not relevant.

8. All Facebook Posts posted in the Sherman Facebook Group regarding any "GoFundMe" page of which you are the organizer or promoter relating in any way to the Parker Plaza or its Association.

**Response**: See Response No. 7.

9. All social media posts and messages by you related in any way to the Association.

**Response:** This Request is overly broad and unduly burdensome. It does not contain a timeframe. Moreover, the phrase "related to the Association" is not narrowly tailored, which also results in this Request as being objectionable because it is not relevant to any party's claim or defense. By way of example, in 2010, Mr. Sherman could have posted on social media that he lives in the building managed by the Association.

10. All documents and communications between you and IGOR in any way related to the Association.

**Response**: This Request is overly broad and unduly burdensome. It does not contain a timeframe. Moreover, the phrase "related to the Association" is not narrowly tailored, which also results in this Request as being objectionable because it is not relevant to any party's claim or defense.

11. All documents and communications between you and FREEDOM4PPA in any way related to the Association.

**Response**: This Request is overly broad and unduly burdensome. It does not contain a timeframe. Moreover, the phrase "related to the Association" is not narrowly tailored, which also results in this Request as being objectionable because it is not relevant to any party's claim or defense.

12. All documents and communications between you and Vlad Gorny or Big Apple Services LLC, with an owner address of 2030 S. Ocean Drive, Apt. 1106, Hallandale Beach, Florida 33009, related to the fictitious name of "PARKER PLAZA ESTATES" or its registration.

- 5 -

**Response**: No such documents are in Mr. Sherman's possession, custody, or control.

13. All documents and communications where the fictitious name of "PARKER PLAZA ESTATES", registered with the State of Florida Department of State, has been used in any way.

**Response**: No such documents are in Mr. Sherman's possession, custody, or control.

14. All documents evidencing your claims that there have been or are irregularities in the management of funds by the Association.

**Response**: Responsive documents are being produced contemporaneously herewith at Bates 1 through 840.

15. All documents evidencing your claims that any Director, the management, vendors or contractors of the Association have engaged in criminal mismanagement of the Association.

**Response:** Responsive documents are being produced contemporaneously herewith at Bates 1 through 840.

16. All documents evidencing and supporting your claim that there is corruption by the Association, any Director, the management, vendors or contractors.

**Response:** Responsive documents are being produced contemporaneously herewith at Bates 1 through 840.

17. All documents evidencing and supporting your claim in your Affidavit that, "While I served on the Board, I discovered that some of the conduct of the Association was not in compliance with our governing documents and Chapter 718".

**Response:** Responsive documents are being produced contemporaneously herewith at Bates 1 through 840.

18. All documents evidencing and supporting your claim in your Affidavit that, "Currently, violations with online voting continue".

**Response**: Responsive documents are being produced contemporaneously herewith at Bates 1 through 840.

19. All documents evidencing and supporting your claim that Michael Fagan is a "Malicious Property Tax Evader…."

**Response**: Responsive documents are being produced contemporaneously herewith at Bates 1 through 840.

20. All documents related to the collection of funds for the investigation of the Association by South Florida Property Owners Consulting, LLC ("S") and C&G Financial Group ("C&G"), the investigation by SPOC and C&G, the report or reports and the dissemination of the conclusions reached by SPOC and C&G to members or non-members of the Association.

**Response:** Mr. Sherman objects to the portion of this Request that relates to the "collection of funds" as such is not relevant to any party's claim or defense. Documents responsive to the balance of this Request are being produced contemporaneously herewith at Bates 1 through 840.

21. All documents related to the collection of funds for any investigation of the Association.

**Response**: This Request is not relevant to any party's claim or defense.

Dated: July 5, 2024                         Respectfully submitted,

                                            LUBLINER LAW PLLC
                                            1645 Palm Beach Lakes Boulevard, Suite 1200
                                            West Palm Beach, Florida 33401
                                            Telephone: (561) 207-2018
                                            Facsimile: (561) 584-7227
                                            rich@lubliner-law.com
                                            carolina@lubliner-law.com

                                            By: */s/ Richard S. Lubliner*
                                                Richard S. Lubliner, Esquire
                                                FBN 47741