EXHIBIT "C"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No. 22-61638-CIV-DIMITROULEAS

CONDOMINIUM ASSOCIATION OF
PARKER PLAZA ESTATES, INC.,

    Plaintiff,

v.

PAVEL MOREFF and SIMON
SHERMAN,

    Defendants.

**DEFENDANT, PAVEL MOREFF'S, RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REQUESTED TO BE PROVIDED ON AN EXPEDITED BASIS**

Defendant, PAVEL MOREFF ("Moreff"), by and through undersigned counsel, hereby objects and responds to Plaintiff, CONDOMINIUM ASSOCIATION OF PARKER PLAZA ESTATES, INC.'s ("Plaintiff"), First Request for Production of Documents Requested to be Provided on an Expedited Basis (the "Document Request"), and states as follows:

**GENERAL OBJECTIONS**

1.    Moreff objects to the Document Request to the extent it seeks documents/information not in his possession, custody or control.

2. Moreff objects to the Document Request to the extent it seeks documents/information which are publicly or otherwise available and/or uniquely or equally available from third parties, including Plaintiff.

3. Moreff objects to the Document Request insofar as it seeks documents/information that do not specifically refer to the events which are the subject matter of this litigation.

4. Moreff objects to the Document Request to the extent it seeks documents/information prepared in anticipation of litigation, protected by the attorney-client privilege, the work-product privilege, and any other privilege, protection, or immunity applicable under the governing law.

5. Moreff objects to the Document Request to the extent it is overly broad, unduly burdensome, oppressive, and/or seek documents/information that are not relevant to the issues in this proceeding, or reasonably calculated to lead to the discovery of admissible evidence.

6. Moreff objects to the Document Request to the extent it contains any express or implied assumptions of fact or law concerning matters at issue in this litigation.

7. Moreff does not waive their right to object, on any and all grounds, to (1) the evidentiary use of the information contained in this Response; and (2) discovery requests relating to this Response.

8. Moreff is providing this Response based upon terms as they are commonly understood, and consistent with the Federal Rules Civil Procedure. Defendant objects to, and will refrain from, extending or modifying any words employed in the Document Request to comport with expanded definitions or instructions.

9. Moreff submits his responses and objections without conceding the relevancy or materiality of the subject matter of any request or of any document, or that any responsive materials exist.

10. The inadvertent production or disclosure of any privileged documents or information shall not constitute or be deemed a waiver of any applicable privilege with respect to such document (or the contents or subject matter thereof) or with respect to any such other document or discovery now or hereafter requested or provided.

11. This Response has been prepared on the basis of information now known to Moreff, and the objections and responses contained herein are made without waiving any further objections to, or admitting the relevancy or materiality of, any of the information requested. Moreff's investigation, discovery, and preparation for this proceeding are continuing, and this Response is being provided without prejudice to Moreff's right to introduce or object to the discovery of any documents, facts, or information discovered after the date hereof.

12. Moreff reserves the right to supplement/amend this Response.

## REQUESTS FOR PRODUCTION

1. All communications disseminated from freedom4ppa@gmail.com.

**Response:** This Request is overly broad and unduly burdensome. It does not contain a timeframe, nor does it define what documents "disseminated" from the above email address are related to, or regarding. By way of example, someone could have sent an email from the above-referenced email address asking his wife what time dinner was, or who won the Miami Dolphins' football game, and such documents would be responsive to this impermissible fishing expedition. This Request is also objected to because is not relevant to any party's claim or defense. As noted above, an email could have been "disseminated" from the above email address about any topic whatsoever, at any time.

2. All communications disseminated from pmoreff.pp@gmail.com related to the Association.

**Response**: Responsive documents are being produced contemporaneously herewith at Bates 1 through 840.

3. All Facebook Posts posted in the Sherman Facebook Group by freedom4ppa@gmail.com, pmoreff.pp@gmail.com, or any other account you own or manage.

- 3 -

**Response**: Responsive documents are being produced contemporaneously herewith at Bates 1 through 840.

4. All email communications disseminated regarding any "GoFundMe" page of which Simon Sherman is the promoter or organizer relating in any way to the Parker Plaza or its Association.

**Response**: Any email communications regarding any "GoFundMe" page or account has nothing to do with any party's claim or defense and, is therefore, not relevant.

5. All social media posts and messages by you related in any way to the Association.

**Response:** This Request is overly broad and unduly burdensome. It does not contain a timeframe. Moreover, the phrase "related to the Association" is not narrowly tailored, which also results in this Request as being objectionable because it is not relevant to any party's claim or defense.

6. All documents and communications between you and IGOR in any way related to the Association.

**Response:** This Request is overly broad and unduly burdensome. It does not contain a timeframe. Moreover, the phrase "related to the Association" is not narrowly tailored, which also results in this Request as being objectionable because it is not relevant to any party's claim or defense.

7. All documents and communications between you and FREEDOM4PPA in any way related to the Association.

**Response:** This Request is overly broad and unduly burdensome. It does not contain a timeframe. Moreover, the phrase "related to the Association" is not narrowly tailored, which also results in this Request as being objectionable because it is not relevant to any party's claim or defense.

8. All documents and communications between you and Vlad Gorny or Big Apple Services LLC, with an owner address of 2030 S. Ocean Drive, Apt. 1106, Hallandale Beach, Florida 33009, related to the fictitious name of "PARKER PLAZA ESTATES".

**Response:** No such documents are in Mr. Moreff's possession, custody, or control.

9. All documents evidencing your claim that any Director, the management, vendors or contractors of the Association have engaged in irregularities in the management of funds of the Association.

**Response:** Responsive documents are being produced contemporaneously herewith at Bates 1 through 840.

10. All documents evidencing your claim that any Director, the management, vendors or contractors of the Association have engaged in criminal mismanagement of the Association.

**Response:** Responsive documents are being produced contemporaneously herewith at Bates 1 through 840.

11. All documents evidencing and supporting your claim that any Director, the management, vendors or contractors of the Association have engaged in corruption by the Association.

**Response:** Responsive documents are being produced contemporaneously herewith at Bates 1 through 840.

12. Any and all documents evidencing the misconduct of Association as alleged in your Affidavit that, "Surprisingly, the proposal, agreement and contract differ significantly in technical and budgetary aspects from each other which were not disclosed to members of the Association, nor approved at a duly noticed Board meeting, in derogation of Chapter 718 of the Florida Statutes, and the Association's governing documents". s

**Response:** Responsive documents are being produced contemporaneously herewith at Bates 1 through 840.

Dated: July 5, 2023                  Respectfully submitted,

                                               LUBLINER LAW PLLC
                                               1645 Palm Beach Lakes Boulevard, Suite 1200
                                               West Palm Beach, Florida 33401
                                               Telephone: (561) 207-2018
                                               Facsimile: (561) 584-7227
                                               rich@lubliner-law.com
                                               carolina@lubliner-law.com

                  By: */s/ Richard S. Lubliner*
                                               Richard S. Lubliner, Esquire
                                               FBN 47741