UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CONDOMINIUM ASSOCIATION OF PARKER
PLAZA ESTATES, INC.

    Plaintiff,                                    CASE NO. 22-CV-61638

v.

PAVEL MOREFF and SIMON SHERMAN,

    Defendants.
_____/

## NOTICE OF SERVICE

Lubliner Law PLLC hereby certifies that a true copy of the Motion to Withdraw as Counsel [DE #59], and the Order Deferring Ruling on Motion to Withdraw as Counsel for Defendants [DE #60], have been sent to Defendants, PAVEL MOREFF and SIMON SHERMAN via email, regular U.S. Mail, and Certified Mail RRR on September 15, 2023

Dated: September 15, 2023                      Respectfully submitted,

                                              LUBLINER LAW PLLC
                                              1645 Palm Beach Lakes Boulevard
                                              Suite 1200
                                              West Palm Beach, Florida 33401
                                              Telephone: (561) 207-2018
                                              Facsimile: (561) 584-7227
                                              rich@lubliner-law.com
                                              carolina@lubliner-law.com

                               BY:    */s/ Richard S. Lubliner*
                                            Richard S. Lubliner
                                            FBN: 0047741

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic mail, and electronically filed, on September 15, 2023 to the individuals/ entities listed through CMECF, and U.S. Mail.

                                                          */s/ Richard S. Lubliner*
                                                          Richard S. Lubliner, Esq.

**Service List**
Luis Konski, Esq.
Daniel Milian, Esq.
Ana Tovar, Esq.
FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
lkonski@fowler-white.com
amilian@fowler-white.com
atovar@fowler-white.com

Simon Sherman
2030 S. Ocean Dr. Apt.1427
Hallandale Beach, FL 33009
s.sherman2030@gmail.com

Pavel Moreff,
2030 S. Ocean Dr., Apt, 708
Hallandale beach, FL 33009
pmoreff@gmail.com